# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Erie Kash Out Properties LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Erie Kash Out Properties LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 2, 2025  
Date

/s/ Brad Sadek  
**Brad Sadek**  
Signature of Attorney or Litigant  
Counsel for **Erie Kash Out Properties LLC**  
**Sadek Law Offices**  
**1500 JFK Blvd. Ste 220**  
**Philadelphia, PA 19102**  
**(215) 545-0008  Fax:(215) 545-0611**  
**Brad@sadeklaw.com**