# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Erie Kash Out Properties LLC**　　　　　　　　　　Case No. _____

　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kerryn Richardson**<br>**255 West Fisher Ave**<br>**Philadelphia, PA 19120** | **Membership Interest** | | **Sole Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 2, 2025**　　　　　　　　　　　Signature  **/s/ Kerryn Richardson**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Kerryn Richardson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.