# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>                           *Debtor*. | Case No.<br>Chapter 11 |

## Statement Pursuant to 11 U.S.C. § 1116(1)

1. I am the principal of the above-captioned Debtor.

2. As of this date, the Debtor has not prepared a balance sheet, statement of operations, or cash-flow statement.

3. As of this date, the Debtor has not filed any federal income tax returns.

4. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: May 2, 2025                                        /s/ Kerryn Richarson
                                                                                 Kerryn Richardson