**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729 <br> Chapter 11 |

**Notice Regarding Interest in Cash Collateral**
**Directed to U.S. Small Business Administration**

**PLEASE TAKE NOTICE** that on May 2, 2025, Debtor Erie Kash Out Properties LLC filed a voluntary petition for relief under chapter 11 of title 11, United States Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Pursuant to Local Bankr. R. 1007-1(a), this notice is being provided to you as a creditor known to the Debtor to claim an interest in cash collateral as defined by 11 U.S.C. § 363(a).

Date: May 2, 2025

**SADEK LAW OFFICES, LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad

Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com