## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| *Debtor*. | Chapter 11 |

### Motion for Interim Order Authorizing Use of Cash Collateral

Debtor Erie Kash Out Properties LLC, through its proposed attorney, respectfully moves this Court for the entry of an interim order authorizing the use of cash collateral. In support of this Motion, the Debtor states as follows:

1. This case was filed under subchapter v of chapter 11 on May 2, 2025.

2. The Debtor continues in possession of its property and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. The Debtor is a real estate holding company that derives its income from rental payments made by tenants of its property.

4. Upon information and belief, the U.S. Small Business Administration ("SBA") asserts a lien on the Debtor's post-petition rents pursuant to a UCC-1 financing statement, securing a loan with an outstanding balance of approximately $118,265.

5. The rents received by the Debtor constitute "cash collateral" within the meaning of 11 U.S.C. § 363(a).

6. The continued use of cash collateral is essential to the Debtor's ability to maintain operations and preserve its assets for the benefit of creditors and the estate.

7. The Debtor requests entry of an interim order pursuant to 11 U.S.C. § 363(c)(2) authorizing the use of cash collateral to pay ordinary and necessary operating expenses, including but not limited to mortgage payments, property insurance, and other expenses necessary to maintain its property.

8. The Debtor's use of cash collateral is necessary to prevent immediate and irreparable harm to the estate. Without use of the rents generated by the property, the Debtor will be unable to operate its business, which may result in defaults, lapses in coverage, or other consequences detrimental to reorganization.

9. The Debtor is willing to provide adequate protection to the SBA.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 2, 2025                               **SADEK LAW OFFICES, LLC**
                                                *Proposed Attorney for Debtor*

By:_____
    Michael I. Assad
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com