## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

Erie Kash Out Properties LLC,

*Debtor.*

Case No. 25-11729-amc
Chapter 11

### Motion to Approve Interim Compensation Procedures for Debtor's Attorney

Debtor Erie Kash Out Properties LLC, through its proposed attorney, respectfully moves the Court for entry of an order approving interim compensation procedures for its attorney. In support of this motion, the Debtor states as follows:

1. This case was filed under subchapter v of chapter 11 on May 2, 2025.

2. The Debtor has proposed employing Sadek Law Offices LLC (the "Firm") as its attorney.

3. A debtor's attorney is permitted to apply to the Court for compensation and reimbursement of expenses once every 120 days, unless the court permits more frequent applications. 11 U.S.C. § 331.

4. The Firm anticipates providing ongoing and substantial legal services necessary for the administration of this case. To promote transparency and improve case oversight, the Debtor proposes that the Firm be permitted to file interim fee applications for periods of not less than twenty-eight days.

5. Allowing more frequent fee applications will allow the Debtor, the Court, the U.S. Trustee, and other parties in interest to monitor the nature and extent of legal services rendered throughout the case in a timely and accessible manner.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 2, 2025

**SADEK LAW OFFICES, LLC**
*Proposed Attorney for Debtor*

By: _____

Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

2