**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| | Chapter 11 |
| *Debtor*. | |

**Order Granting Motion to Approve**
**Interim Compensation Procedures for Debtor's Attorney**

**AND NOW**, after consideration of the Motion to Approve Interim Compensation Procedures for Debtor's Attorney filed by Debtor Erie Kash Out Properties LLC, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's attorney is authorized to file interim applications for compensation and reimbursement of expenses for periods of not less than twenty-eight days.

3. Awards of interim compensation that exceed the amount of the retainer held in escrow by the Debtor's attorney will be stayed until a plan is confirmed, the case is converted, or the case is dismissed.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge