**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor.* | Case No. 25-11729-amc<br>Chapter 11 |

**Order Setting Expedited Hearing on Debtor's First Day Motions**

  **AND NOW**, upon consideration of the Motion to Expedite Hearing on First Day Motions filed by Debtor Erie Kash Out Properties LLC, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** for the following first day motions:

    a. Motion for Interim Order Authorizing Use of Cash Collateral

    b. Motion to Approve Interim Compensation Procedures

2. A hearing to consider the motions will be held on _____, at _____. The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

3. Written objections or other responsive pleadings (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. On or before _____, the Debtor shall serve (a) this order, (b) the first day motions, and (c) a notice of the motions in conformity with L.B.F. 9014-3 via e-mail, fax, or overnight mail upon the Office of the United States Trustee, all other parties affected by the motions, and the Debtor's twenty largest unsecured creditors.

5. Prior to the hearing, the Debtor shall file a certification setting forth compliance with the service requirements of Paragraph 5.

Date:

                       Ashely M. Chan
                       Chief U.S. Bankruptcy Judge