**Sadek Law Offices, LLC**

April 21, 2025

Kerryn Richardson
Erie Kash Out Properties LLC
Via Email: realestatequeens@icloud.com

Re:     *Bankruptcy Representation*

Dear Ms. Richardson:

We are honored that you have selected us to represent Erie Kash Out Properties LLC ("you") as insolvency and bankruptcy counsel. Our goal is to provide high quality legal services to our clients at a fair and reasonable cost. This letter agreement outlines the basis on which we will provide legal services to you, and confirms our understanding of payment of legal fees, costs, and expenses incurred in conjunction with such representation.

1. **Scope of Services; Client Duties.** You are hiring us as attorneys to represent you as bankruptcy counsel in a chapter 11 bankruptcy reorganization case. We will keep you informed of the progress of your case and respond to your inquiries. You agree to be truthful with us, to cooperate, to keep us informed of any developments, to abide by this agreement, to pay our bills, and to keep us advised of your current contact information.

2. **Retainer.** For us to begin our representation, we require a retainer in the amount of $16,738.00, which includes the $1,738.00 filing fee. This retainer will be deposited in our attorney trust account, but we may draw on it, up to its full amount, as and when we deem appropriate and allowed by law. Any unused portion of the retainer at the conclusion of our representation will be refunded to you or the party who advanced it. No work will begin on your case until we receive full payment of this retainer.

3. **Legal Fees and Billing Practices.** The Code of Professional Responsibility of the American Bar Association suggests that professional fees reflect several factors, including the number of attorney hours incurred, the relative experience of the attorney performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are usually determined by multiplying the actual number of hours incurred by the hourly billing rate. However, in accordance with the Code of Professional Responsibility, we reserve the right to make upward or downward adjustments to these hourly determinations as may be appropriate given the circumstances. From time to time, our hourly billing rates will change. We will notify you of any changes in our hourly rate structure. The minimum billing unit is one-tenth of an hour, and services will be recorded and billed in one-tenth of an hour increments.

We will charge you for all activities undertaken in providing legal services to you under this agreement, including, but not limited to, the following: conferences, including preparation and participation; preparation and review of correspondence, email, and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including communications with you, other attorneys or persons involved with

this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and travel time, both local and out of town.

Currently our hourly rates range from $200 per hour for paralegals/legal assistants to $475 per hour for attorneys. You agree to pay our fees and costs based on our then prevailing hourly rates and charges at the time the services are rendered. You agree to the corresponding hourly rates for the following individuals: Brad Sadek (Attorney), $475 per hour; Michael Assad (Attorney), $475 per hour; Jennifer Phillips (Paralegal), $200 per hour; Rebecca Shatzoff (Paralegal), $200 per hour.

You hereby authorize the secure destruction of your file five years after it is closed and agree that we will have no liability for destroying any records, documents, or exhibits still in its possession and relating to this matter at the end of five years. All future work for you in other matters will be handled in accordance with this agreement at our regular hourly rates unless otherwise agreed upon.

4. **Costs and Other Charges.** We will incur various costs and expenses in the normal course of performing legal services under this agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel. You will be charged the hourly rates for the time we spend traveling, both local and out of town. You also agree to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.25 per page and motor travel at $0.75 per mile.

5. **Billing Statements.** We will send you statements showing fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed. The billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates. If you have any questions about any statement, we encourage you to discuss them with us so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner. Statements are due on receipt. If a statement or fee award is not paid within 30 days of billing, late fees will accrue on the unpaid balance at the rate of one percent (1%) per month. If legal action is taken to recover any amounts due under this agreement, you agree to pay all our costs of collection, and an attorney's fees of one-third of the total amount due, even if the proceeding is brought us on our own behalf.

6. **Chapter 11 Filing.** The ultimate fees to be awarded to us for our representation of you in the chapter 11 case must be approved by the court. Interim applications for compensation and reimbursement of expenses will be filed by us with the court to obtain authorization for further payment. Generally, interim applications are made quarterly, but you agree that we may request court approval to file them monthly. You agree to pay any award of compensation upon the entry

of a court order authorizing such award. If the case is dismissed, you agree that you are responsible for all unpaid fees and costs incurred, regardless of whether they are approved by the court.

You agree that you must perform fully and conscientiously all the statutory duties of the Debtor and Debtor in Possession under the Bankruptcy Code and must timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and us. These duties include, but are not limited to, gathering and reviewing all the information necessary for filing a complete and accurate list of all assets, creditors, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses.

7. **Discharge and Withdrawal.** You may discharge us at any time, and we may withdraw from your representation at any time. Reasons for our withdrawal include, but are not limited to, your breach of this agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Otherwise, our services will conclude when the bankruptcy case is dismissed or closed. When our services conclude, all unpaid charges will immediately become due. At such time, we will, upon written request, deliver your file to you along with any funds or property of yours in our possession. The work product produced during our representation will remain our property. Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

8. **Disclaimer of Guarantee; Risks.** Nothing in this agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how courts will apply various provisions. In a chapter 11 case you cannot dismiss your case without prior court approval, and the case can be converted to chapter 7 without your approval.

9. **Entire Agreement.** This letter contains all terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

10. **Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this agreement and returning it to us along with your retainer amount stated above. The representation covered by this agreement commences only upon the receipt by this office of such items.

If you have any questions about the provisions of this agreement, please contact me. We look forward to the privilege of working with you.

      Sincerely,

      **SADEK LAW OFFICES, LLC**

      *Brad J. Sadek*

      Brad J. Sadek
      Attorney at Law

I have read, understand, and agree to the foregoing on behalf of Erie Kash Out Properties LLC, and am authorized to execute this agreement on its behalf.

ERIE KASH OUT PROPERTIES LLC


By: /s/ Kerryn Richardson                April 21, 2025
Kerryn Richardson                           Date
Managing Member