**EXHIBIT C**

| Date | Staff | Description | Hours | Fee |
|---|---|---|---|---|
| | MIA | Video call with Debtor's principal to discuss initial reorganization strategy. | 0.50 | $237.50 |
| | MIA | Drafted memo to file following meeting with Debtor's principal. | 0.30 | $142.50 |
| April 21, 2025 | MIA | Reviewed U.S. Trustee Operating Guidelines and reporting requirements. | 0.40 | $190.00 |
| April 21, 2025 | MIA | Prepared Chapter 11 retainer agreement. | 0.50 | $237.50 |
| April 23, 2025 | MIA | Prepared Chapter 11 requirements letter. | 0.40 | $190.00 |
| April 23, 2025 | MIA | Prepared email to the Debtor's principal regarding next steps | 0.30 | $142.50 |
| April 28, 2025 | MIA | Prepared email to Debtor's principal regarding information needed for case. | 0.30 | $142.50 |
| April 30, 2025 | MIA | Internal conference with Brad Sadek to discuss Chapter 11 strategy and case posture. | 0.80 | $380.00 |
| April 30, 2025 | BJS | Internal conference with Mike Assad to discuss Chapter 11 strategy and case posture. | 0.80 | $380.00 |
| April 30, 2025 | MIA | Prepared application to employ attorney. | 2.00 | $950.00 |
| April 30, 2025 | MIA | Prepared email to UST regarding conflict check of Subchapter V trustee | 0.10 | $47.50 |
| April 30, 2025 | MIA | Reviewed sheriff sale listing, property tax records, water liens, and other public records concerning property | 1.50 | $712.50 |
| April 30, 2025 | MIA | Prepared email to debtor's principal regarding next steps | 0.30 | $142.50 |
| April 30, 2025 | MIA | Westlaw research regarding the Debtor's eligibility for Subchapter V or SARE bankruptcy. | 0.60 | $285.00 |
| April 30, 2025 | MIA | Westlaw research regarding compensation of debtor's attorney and best practices for application proceedures | 1.30 | $617.50 |
| April 30, 2025 | MIA | Prepared email to mortgage company counsel informing them of upcoming filing. | 0.10 | $47.50 |
| May 1, 2025 | MIA | Prepared motion to expedite first day hearings. | 0.60 | $285.00 |
| May 1, 2025 | MIA | Reviewed prior litigation involving the Debtor and potential impact on bankruptcy filing. | 1.00 | $475.00 |
| May 1, 2025 | MIA | Prepared motion for interim use of cash collateral. | 1.20 | $570.00 |
| May 1, 2025 | MIA | Video meeting with the Debtor's principal to gather information. | 1.00 | $475.00 |
| May 1, 2025 | MIA | Phone call with debtor's principal to gather information. | 0.20 | $95.00 |
| May 1, 2025 | MIA | Prepared memo to file following video meeting and phone call with debtor's principal. | 1.00 | $475.00 |
| May 1, 2025 | MIA | Prepared certificate of resolution authorizing Chapter 11 filing. | 0.60 | $285.00 |
| May 1, 2025 | MIA | Prepared petition, schedules, and statement of financial affairs. | 3.00 | $1,425.00 |
| May 1, 2025 | MIA | Prepared creditor matrix upon review of various documents. | 0.50 | $237.50 |
| May 1, 2025 | MIA | Westlaw research regarding use of cash collateral. | 1.50 | $712.50 |

| Date | Staff | Description | Hours | Fee |
|---|---|---|---|---|
| May 1, 2025 | MIA | Prepared motion to set claims bar date. | 1.60 | $760.00 |
| May 1, 2025 | MIA | Prepared motion to approve interim compensation procedures. | 1.30 | $617.50 |
| May 1, 2025 | MIA | Prepared notice to SBA regarding proposed use of cash collateral. | 0.30 | $142.50 |
| May 1, 2025 | MIA | Prepared statement pursuant to 11 U.S.C. § 1116 regarding financial documents and tax return. | 0.30 | $142.50 |
| May 1, 2025 | MIA | Reviewed real estate appraisal and online records of fair market valuation of subject property. | 1.00 | $475.00 |
| May 2, 2025 | MIA | Video meeting with the Debtor's principal to review schedules prior to filing. | 0.70 | $332.50 |
| May 2, 2025 | MIA | Internal conference with Brad Sadek to discuss case progress and next steps | 0.60 | $285.00 |
| May 2, 2025 | BJS | Internal conference with Mike Assad to discuss case progress and next steps | 0.60 | $285.00 |
| May 2, 2025 | MIA | Conducted comprehensive review of all Chapter 11 filing documents, including petition, schedules, SOFA, first-day motions, and declarations, for internal consistency, factual accuracy, and alignment with prior discussions and supporting documentation. Ensured compliance with formatting and filing requirements of local rules. | 2.00 | $950.00 |

**Total Fees  $13,870.00**

| Date | Staff | Description | Hours | Fee |
|---|---|---|---|---|
| May 2, 2025 | | Chapter 11 Filing Fee | | $1,738.00 |

**Total Expenses  $1,738.00**

**Grand Total  $15,608.00**