**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

**Order Granting Application to Employ**
**Sadek Law Offices LLC as Debtor's Attorney**

**AND NOW**, after consideration of the Application to Employ Sadek Law Offices LLC as Debtor's Attorney filed by Debtor Erie Kash Out Properties LLC, the Court finds that:

A. Notice of the Application was proper.

B. Employment of Sadek Law Offices LLC is necessary and in the best interests of the Debtor and the bankruptcy estate.

C. Sadek Law Offices LLC represents no interest adverse to the estate with respect to matters as to which it will be engaged.

D. Sadek Law Offices LLC is a disinterested party as contemplated by 11 U.S.C. §§ 101, 327, and 1107.

For those reasons and for other good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtor is authorized to employ Sadek Law Offices LLC as its attorney in this case under the terms set forth in the Application.

3. Sadek Law Offices LLC may receive such compensation as is approved by the Court upon application and notice.

4. This order is effective May 2, 2025.

Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge