UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

## Certificate of Service

I, Brad J. Sadek, certify that on May 2, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application to Employ Sadek Law Offices LLC as Debtor's Attorney

- Notice of Application to Employ Sadek Law Offices LLC as Debtor's Attorney

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 2, 2025            /s/ Brad J. Sadek
                              Brad J. Sadek
                              Sadek Law Offices, LLC
                              1500 JFK Boulevard, Suite 220
                              Philadelphia, PA 19102
                              215-545-0008
                              brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Andrew R. Vara | U.S. Trustee | ☒ CM/ECF |
| Kerryn Richardson<br>255 West Fisher Ave<br>Philadelphia, PA 19120 | Debtor's Principal | ☒ First Class Mail |
| City of Philadelphia<br>Tax & Revenue Unit<br>1401 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | Creditor | ☒ First Class Mail |
| U.S. Bank Trust N.A.<br>300 Delaware Street<br>9th Floor<br>Wilmington, DE 19801 | Creditor | ☒ First Class Mail |
| U.S. Small Business Administration<br>Office of General Counsel<br>409 3rd St SW<br>Washington, DC 20416 | Creditor | ☒ First Class Mail |