**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
|---|---|
| *Debtor.* | Chapter 11 |

**Notice of Motion, Response Deadline,
and Telephonic or Video Hearing Date**

The above Debtor has filed the following motions with the court:

| Motion | Hearing Date/Time |
|---|---|
| Motion for Interim Order Authorizing Use of Cash Collateral | May 14, 2025 – 11:00 a.m. |
| Motion to Approve Interim Compensation Procedures | May 14, 2025 – 11:00 a.m. |

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motions** or if you want the court to consider your views on the Motions, then you or your attorney must appear at the hearing or file a response before the hearing. *(see instructions on next page)*

3. Unless the court orders otherwise, the hearings on these contested matters will be evidentiary hearings conducted in the following format:

    ☒   Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

    ☒   In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. **If you do not file a response to the Motions before the hearing or appear at the hearing**, the court may enter an order granting the relief requested in the Motions.

5. If copies of the Motions are not enclosed, copies will be provided to you if you request a copy from the attorney whose name and address is listed on this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motions, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael I. Assad
> Sadek Law Offices, LLC
> 1500 JFK Boulevard, Suite 220
> Philadelphia, PA 19102
> 215-545-0008
> brad@sadeklaw.com

Date: May 5, 2025