**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>                   *Debtor*. | Case No. 25-11729<br>Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on May 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Interim Order Authorizing Use of Cash Collateral (ECF No. 10)
- Motion to Approve Interim Compensation Procedures (ECF No. 11)
- Notice of First Day Motions (ECF No. 16)
- Order Setting Hearing on First Day Motions (ECF No. 15)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 6, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Andrew Vara | United States Trustee | ☒ CM/ECF |
| City of Philadelphia | Creditor | ☒ Email<br>*pamela.thurmond@phila.gov* |
| U.S. Bank Trust N.A. | Creditor | ☒ Email<br>*lmoyer@friedmanvartolo.com* |
| U.S. Small Business Administration | Creditor | ☒ Email<br>*anthony.stjoseph@usdoj.gov* |

2