## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor.* | Case No. 25-11729-amc <br> Chapter 11 |

### Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Motion to Approve Interim Compensation Procedures for Debtor's Attorney, which was filed with the Court at ECF No. 11. Thank you.

Date:                                        **SADEK LAW OFFICES, LLC**
                                                *Proposed Attorney for Debtor*

                                        By: _____
                                                Michael I. Assad
                                                1500 JFK Boulevard, Suite 220
                                                Philadelphia, PA 19102
                                                215-545-0008
                                                michael@sadeklaw.com