United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11729-amc |
| Erie Kash Out Properties LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 09, 2025 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erie Kash Out Properties LLC, 255 West Fisher Avenue, Philadelphia, PA 19120-3244 |
| 15004424 | + | Erica Booth Tax & Accounting Services, 680 American Ave, Suite 316, King of Prussia, PA 19406-4023 |
| 15004426 | + | Kels LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15004427 | + | Kerryn Richardson, 255 West Fisher Ave, Philadelphia, PA 19120-3244 |
| 15004431 | + | U.S. Bank Trust N.A., 300 Delaware Street, 9th Floor, Wilmington, DE 19801-1671 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 09 2025 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2025 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15004422 | | Email/Text: megan.harper@phila.gov | May 09 2025 23:45:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15004423 | + | Email/Text: bankruptcy@philapark.org | May 09 2025 23:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15004425 | ^ | MEBN | May 09 2025 23:42:22 | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15004415 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2025 23:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15004428 | + | Email/Text: bankruptcygroup@peco-energy.com | May 09 2025 23:45:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15004418 | | Email/Text: fesbank@attorneygeneral.gov | May 09 2025 23:45:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15004416 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2025 23:45:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15004419 | ^ | MEBN | May 09 2025 23:42:25 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15004429 | ^ | MEBN | May 09 2025 23:42:20 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 15004421 | + | Email/Text: bankruptcy@philapark.org | May 09 2025 23:45:00 | Philadelphia Parking Authority, Bankruptcy |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15004420 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 09 2025 23:45:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15004417 | ^ | MEBN | May 09 2025 23:42:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15004432 | + | Email/Text: bankruptcynotices@sba.gov | May 09 2025 23:45:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004430 | ##+ | Tamika Gambrell, 34 Fleetwood Drive, Greenville, SC 29605-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

**Name**　　　　　　　　　　**Email Address**

BRAD J. SADEK
　on behalf of Debtor Erie Kash Out Properties LLC brad@sadeklaw.com
　bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

HOLLY SMITH MILLER, ESQ.
　hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
　on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL I. ASSAD
　on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com
　sadeklaw@recap.email;assad.michaelb140679@notify.bestcase.com

United States Trustee
　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor.* | Case No. 25-11729-amc<br>Chapter 11 |

**ORDER SETTING DEADLINE TO FILE PROOFS OF CLAIM**

> **NOTICE: Your rights may be affected.** The Debtor, Erie Kash Out Properties LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 2, 2025. This order sets the deadlines and procedures for filing proofs of claim. Failure to file a timely proof of claim may result in the loss of your right to vote on any proposed plan of reorganization and the right to share in any distribution of money or property from the Debtor's bankruptcy estate. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.

It is hereby **ORDERED** that:

1. **July 11, 2025**, is the **DEADLINE** for non-governmental creditors to file proofs of claim.

2. **October 29, 2025**, is the **DEADLINE** for governmental creditors to file proofs of claim.

3. Proofs of claim must be filed with the clerk of court electronically at www.paeb.uscourts.gov or on paper (by mail or in person) at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. Proofs of claim will be deemed timely filed only if actually received by the clerk on or before the deadline, regardless of whether a claim is filed electronically, by mail, or in person.

5. A creditor need not file a proof of claim if its claim:

    a. is listed on the schedule of liabilities filed under 11 U.S.C. § 521(a)(1)(B)(i), except if the claim is scheduled as disputed, contingent, or unliquidated; or

    b. asserts administrative fees or expenses under 11 U.S.C. §§ 330, 331, or 503(b)(1)-(8).

6. If a creditor's claim is listed on the schedule of liabilities but the creditor disagrees with the scheduled amount or classification, the creditor must file a proof of claim by the deadline to assert the correct amount or classification.

7. If the Debtor amends the schedule of liabilities to designate any claim as contingent, unliquidated, or disputed, or to reduce the amount or classification of a scheduled claim:

   a. the Debtor must promptly serve the creditor with a notice describing the amendment and the changes made; and

   b. the creditor will be allowed to file a proof of claim on or before the proof of claim deadline or the twenty-first day after service of the amendment notice, whichever is later.

8. All claims arising from the rejection of an executory contract or unexpired lease must be filed on or before the later of:

   a. the proof of claim deadline; or

   b. twenty-one days after the effective date of the rejection.

9. All deadlines and procedures above apply to equity security holders with respect to filing proofs of interest.

10. The clerk must promptly cause the Bankruptcy Noticing Center to serve this order on all parties listed on the creditor matrix.

Date: May 9, 2025

Ashely M. Chan
Chief U.S. Bankruptcy Judge