## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

### Interim Order Authorizing Use of Cash Collateral

**AND NOW**, after consideration of the Motion for Interim Order Authorizing Use of Cash Collateral filed by Debtor Erie Kash Out Properties LLC, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** on an interim basis as set forth herein.

2. The Debtor is authorized to use cash collateral for the purpose of paying necessary operating expenses, including but not limited to mortgage payments, property insurance, and related preservation costs.

3. The Debtor must pay adequate protection payments to the U.S. Small Business Administration in the amount of $529.00 on the first day of each month for which cash collateral is authorized.

4. A final hearing on the continued use of cash collateral will be held on _____, 2025, at _____. All objections must be filed no later than _____, 2025.

5. This order will remain in effect until further order of the court.

Date:

                                                          Ashely M. Chan
                                                          Chief U.S. Bankruptcy Judge