**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

**Order Continuing Hearing on Debtor's**
**Motion for Interim Order Authorizing Use of Cash Collateral**

  **AND NOW**, after consideration of the Motion for Interim Order Authorizing Use of Cash Collateral filed by Debtor Erie Kash Out Properties LLC, and for the reasons stated in open court, it is hereby **ORDERED** that:

1. The hearing on the Motion is continued to **June 11, 2025**, at 10:30 a.m. The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

2. The Debtor is prohibited from using cash collateral until further order of the court.

Date: May 27, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge