UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ERIE KASH OUT PROPERTIES LLC. | § | BANKRUPTCY NO.: 25-11729-AMC |
| | § | |
| DEBTOR. | § | |

## NOTICE OF TELEPHONE NUMBER FOR SECTION 341(A) MEETING OF CREDITORS

The Section 341(a) Meeting of Creditors will be held telephonically on **Monday, June 9, 2025 2:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at **1-877-685-3103 authorization code 6249335.**

                    ANDREW R. VARA
                    United States trustee
                    for Regions 3 and 9

By:     */s/ John Schanne*
           Samantha S. Lieb
           Trial Attorney
           U.S. Department of Justice
           Office of the United States Trustee
           One Newark Center, Suite 2100
           Newark, NJ 07102

DATED: June 2, 2025