**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ERIE KASH OUT PROPERTIES LLC, | § | CASE NO. 25-11729-AMC |
| | § | |
| DEBTOR. | § | |

**CERTIFICATION OF SERVICE**

I, Hannah Deininger, certify that on June 2, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Expedited Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to Maintain Insurance and attachments thereto

- Scheduling Order

- Notice of Hearing

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 2, 2025          By: /s/ *Hannah Deininger*
                                Paralegal Specialist
                                Office of The United States Trustee
                                Robert NC Nix, Sr. Federal Building
                                900 Market Street, Suite 320
                                Philadelphia, PA 19107
                                Phone: 202.280.8512
                                Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL I. ASSAD
Email: michael@sadeklaw.com
**Debtor**
**Via:**   X CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other

Holly Smith Miller, Esq.
Email: hsmith@gsbblaw.com
**Sub-V Trustee**
**Via:**   X CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:

PAMELA ELCHERT THURMOND
Email: Pamela.Thurmond@phila.gov
**Via:**   X CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:

Maria Tsagaris
Email: Maria.Tsagaris@mccalla.com
**Via:**   X CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:

Anthony St. Joseph
Anthony.StJoseph@usdoj.gov
**Via:**   __ CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:

Frank DeLuccia
Frank.DeLuccia@usdoj.gov
**Via:**   __ CM/ECF __ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other

**END OF DOCUMENT**