# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

**Limited Objection to Motion to Dismiss Debtor's Case or Convert to Chapter 7**

Debtor Erie Kash Out Properties LLC, through its proposed attorney, submits this limited objection to the Motion to Dismiss Debtor's Case or Convert to Chapter 7 filed by U.S. Trustee Andrew R. Vara. In support of its objection, the Debtor states as follows:

1. The Debtor acknowledges that cause for dismissal exists under 11 U.S.C. § 1112(b).

2. When determining if conversion to chapter 7 is in the best interests of creditors and the estate, the Court must consider: (i) whether there are substantial unencumbered assets that could be administered by a chapter 7 trustee; (ii) whether there is broad support for conversion among the parties in interest; (iii) whether there is a risk that assets may be dissipated if the case is dismissed; (iv) whether the petition was filed in good faith; and (v) whether there is evidence of prior misconduct by the debtor. *See In re Mazzocone*, 183 B.R. 402, 405 (Bankr. E.D. Pa. 1995), aff'd, 200 B.R. 568 (E.D. Pa. 1996). The availability of trustee oversight and the potential for a more equitable distribution are not, by themselves, sufficient grounds for conversion. *Id*.

3. Conversion is not appropriate here. The record contains no evidence of unencumbered assets, bad faith, misconduct, or risk of dissipation that would justify conversion. Conversion would serve little purpose beyond imposing administrative costs, with no meaningful benefit to unsecured creditors or the estate.

4. For those reasons, the Debtor respectfully requests that if relief is granted under 11 U.S.C. § 1112(b), the form of that relief be dismissal, not conversion.

For those reasons, the Debtor requests that the Court grant relief in the Debtor's favor as may be necessary and proper under the law.

Date: June 2, 2025  **SADEK LAW OFFICES, LLC**
*Proposed Attorney for Debtor*

By: _____
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 2, 2025  /s/ Michael I. Assad
Michael I. Assad