United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Erie Kash Out Properties LLC  
    Debtor

Case No. 25-11729-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 03, 2025     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erie Kash Out Properties LLC, 255 West Fisher Avenue, Philadelphia, PA 19120-3244 |
| 15004424 | + | Erica Booth Tax & Accounting Services, 680 American Ave, Suite 316, King of Prussia, PA 19406-4023 |
| 15004426 | + | Kels LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15004427 | + | Kerryn Richardson, 255 West Fisher Ave, Philadelphia, PA 19120-3244 |
| 15004431 | + | U.S. Bank Trust N.A., 300 Delaware Street, 9th Floor, Wilmington, DE 19801-1671 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2025 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 04 2025 01:16:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 15010021 | | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15004422 | | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15010718 | | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15004423 | + | Email/Text: bankruptcy@philapark.org | Jun 04 2025 01:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15004425 | ^ | MEBN | Jun 04 2025 01:08:24 | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15004415 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2025 01:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 25-11729-amc    Doc 42    Filed 06/05/25    Entered 06/06/25 00:38:53    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15008045 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 04 2025 01:16:00 | U.S. Bank Trust National Association, C/O Maria Tsagarid, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15004428 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 04 2025 01:16:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15004418 | | Email/Text: fesbank@attorneygeneral.gov | Jun 04 2025 01:16:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15004416 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2025 01:16:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15004419 | ^ | MEBN | Jun 04 2025 01:08:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15004429 | ^ | MEBN | Jun 04 2025 01:08:18 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 15004421 | + | Email/Text: bankruptcy@philapark.org | Jun 04 2025 01:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15010910 | + | Email/Text: megan.harper@phila.gov | Jun 04 2025 01:16:00 | The City of Philadelphia, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1617 |
| 15004420 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 04 2025 01:16:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15004417 | ^ | MEBN | Jun 04 2025 01:08:19 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15004432 | + | Email/Text: bankruptcynotices@sba.gov | Jun 04 2025 01:16:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004430 | ##+ | Tamika Gambrell, 34 Fleetwood Drive, Greenville, SC 29605-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 03, 2025 | Form ID: pdf900 | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Erie Kash Out Properties LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com sadeklaw@recap.email;assad.michaelb140679@notify.bestcase.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | § Chapter 7 |
| Erie Kash Out Properties LLC, | § Case No. 25-11729-AMC |
| Debtor. | § |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND IN-PERSON HEARING DATE

*The United States Trustee has filed the Motion for Expedited Consideration of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. A hearing on the Motion is scheduled to be held on **June 11, 2025 at 10:30 am. The hearing will be held both (i) in person in Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107 and (ii) by telephonic conference call.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

2. Written objections or other responsive pleadings to the Motion are not required but may be filed up to the time of the hearing and any objection will be considered at the hearing**.**

3. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   **United States Bankruptcy Court**
   **Eastern District of Pennsylvania**
   **Robert N.C. Nix Sr. Federal Building**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107**
   **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   By: /s/ *John Schanne*
   John Schanne, Trial Attorney
   Office of The United States Trustee
   Robert NC Nix, Sr. Federal Building
   900 Market Street, Suite 320
   Philadelphia, PA 19107
   Phone: 202.934.4154
   John.Schanne@usdoj.gov

Date: June 2, 2025