**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

**Amended Objection to Motion to Dismiss Debtor's Case or Convert to Chapter 7**

Debtor Erie Kash Out Properties LLC, through its proposed attorney, hereby objects to the Motion to Dismiss Debtor's Case or Convert to Chapter 7 filed by U.S. Trustee Andrew R. Vara. In support of its objection, the Debtor states as follows:

1. Evidence of insurance coverage is attached as Exhibit A.

2. Because insurance is in place, no cause for dismissal or conversion exists under 11 U.S.C. § 1112(b).

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 7, 2025

**SADEK LAW OFFICES, LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

**Certificate of Service**

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 7, 2025

/s/ Michael I. Assad
Michael I. Assad