# EVIDENCE OF PROPERTY INSURANCE

ISSUE DATE: 06/05/2025

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER, AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | COMPANY |
|---|---|
| Specialty Pro Underwriters<br>12001 SW 128th Court<br>Suite 105<br>Miami, FL 33186 | Great American E&S Insurance Company<br>c/o Overby-Seawell Company<br>3550 George Busbee Pkwy NW, Suite 300<br>Kennesaw, GA 30144 |



**PHONE NUMBER**  800-741-5542

**EMAIL**  quotes@spunderwriters.com

**REFERENCE NUMBER**  KASH7144

**POLICY NUMBER**  ▬▬▬▬▬774

**INSURED**
Erie Kash Out Properties LLC
2 Bala Plaza Suite 300
Bala Cynwyd, PA 19004

**EFFECTIVE DATE**  06/05/2025

**EXPIRATION DATE**  06/05/2026

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
30 S 62nd St
Philadelphia, PA 19139

**PROPERTY TYPE**
2-4 Units

THE POLICY INSURANCE LISTED BELOW HAS BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| Coverage / Perils / Forms | Amount of Insurance | Deductible |
|---|---|---|
| Property Coverage | $300,000.00 | Dwelling: $5,000.00 |
| Loss of Rent | $30,000.00 | Wind/Hail: Greater of Dwelling Deductible ($5,000) or 2% of TIV ($6,600) |
| Contents Coverage | $0.00 | |
| Liability | $1,000,000 occurrence / $2,000,000 aggregate | |
| Sewer and Water Backup | $10,000.00 | |

## REMARKS (Including Special Conditions)

Replacement Cost Optional Coverage Applies

Hazard Premium:         $1,481.00
Policy Fee:              $50.00
Liability Premium:       $450.00
Surplus Lines Tax:       $63.87
Sewer and Water Backup:  $198.00
Stamping Fee:            $20.00
Total:                   $2,262.87

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICY BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

**NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE**

SPURiskSecure - 5280001