**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

**Order Denying Motion to Dismiss or Convert Case**

     **AND NOW**, upon consideration of the Motion to Dismiss Debtor's Case or Convert to Chapter 7 filed by U.S. Trustee Andrew R. Vara, the Debtor's amended objection thereto, and after notice and hearing, it is hereby **ORDERED** that:

1.    The Motion is **DENIED**.

Date: _____            _____
                                                           Ashely M. Chan
                                                           Chief U.S. Bankruptcy Judge