

| | June-25 | July-25 | August-25 | September-25 | October-25 |
|---|---|---|---|---|---|
| **Balance Forward** | $0.00 | $2,690.62 | $5,381.24 | $8,071.86 | $10,762.48 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $2,690.62 | $5,381.24 | $8,071.86 | $10,762.48 | $13,453.10 |

| | November-25 | December-25 | January-26 | February-26 | March-26 |
|---|---|---|---|---|---|
| **Balance Forward** | $10,762.48 | $13,453.10 | $16,143.72 | $18,834.34 | $21,524.96 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $13,453.10 | $16,143.72 | $18,834.34 | $21,524.96 | $24,215.58 |

| | March-26 | April-26 |
|---|---|---|
| **Balance Forward** | $21,524.96 | $24,215.58 |
| Rents Received | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) |
| **Ending Balance** | $24,215.58 | $26,906.20 |