## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| *Debtor*. | Chapter 11 |

### Interim Order Authorizing Use of Cash Collateral

**AND NOW**, after consideration of the Motion for Interim Order Authorizing Use of Cash Collateral filed by Debtor Erie Kash Out Properties LLC, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** on an interim basis as set forth herein.

2. The Debtor is authorized to use cash collateral in accordance with the monthly budget attached as Exhibit A.

3. As adequate protection to U.S. Bank Trust N.A., the Debtor must remit monthly mortgage payments in the ordinary course in the amount and on the terms provided under the loan documents, beginning with the payment due on June 1, 2025.

4. As adequate protection to the U.S. Small Business Administration, the Debtor must make monthly adequate protection payments in the amount of $529.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on June 1, 2025.

5. A final hearing on the continued use of cash collateral will be held on _____, 2025, at _____. All objections must be filed no later than _____, 2025.

6. This order will remain in effect until further order of the court.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge



| | June-25 | July-25 | August-25 | September-25 | October-25 |
|---|---|---|---|---|---|
| **Balance Forward** | $0.00 | $2,690.62 | $5,381.24 | $8,071.86 | $10,762.48 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $2,690.62 | $5,381.24 | $8,071.86 | $10,762.48 | $13,453.10 |

| | November-25 | December-25 | January-26 | February-26 | March-26 |
|---|---|---|---|---|---|
| **Balance Forward** | $10,762.48 | $13,453.10 | $16,143.72 | $18,834.34 | $21,524.96 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $13,453.10 | $16,143.72 | $18,834.34 | $21,524.96 | $24,215.58 |

| | March-26 | April-26 |
|---|---|---|
| **Balance Forward** | $21,524.96 | $24,215.58 |
| Rents Received | $6,000.00 | $6,000.00 |
| Mortgage Payment | ($1,992.81) | ($1,992.81) |
| Insurance Premium | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) |
| **Ending Balance** | $24,215.58 | $26,906.20 |