**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

**Supplemental Declaration in Support of**
**Application to Employ Sadek Law Offices LLC as Attorney for Debtor**

I, Michael I. Assad, declare as follows:

1. I am employed as an associate attorney at Sadek Law Offices LLC and make this declaration on its behalf.

2. On April 21, 2025, I caused SLO to research the firm's database to determine whether it had any relationships with the Debtor, the Debtor's principal, and the creditors listed on the matrix.

3. As a result of that research, I have determined that SLO does not represent any party so listed in any capacity, related or unrelated to the Debtor's bankruptcy case or its estate, nor does it have any adverse interest or connections with any creditor.

4. As a result of that research, I have further determined that SLO is disinterested.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: June 27, 2025                         /s/ Michael I. Assad
                                            Michael I. Assad