**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

**Consent Order Authorizing Use of Cash Collateral**

**AND NOW**, upon consideration of the Motion for Interim Order Authorizing Use of Cash Collateral filed by Debtor Erie Kash Out Properties LLC, after notice and hearing, and with the consent of the Debtor, U.S. Bank Trust N.A., and the U.S. Small Business Administration, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to use cash collateral in accordance with the monthly budget attached as Exhibit A.

3. As adequate protection to U.S. Bank Trust N.A., the Debtor must make monthly mortgage payments as required under the loan documents, beginning with the payment due on May 8, 2025, plus an additional $250.00 per month, due with each mortgage payment.

4. As adequate protection to the U.S. Small Business Administration, the Debtor must make monthly payments in the amount of $529.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on June 1, 2025.

5. The Debtor must make all payments that became due in May and June 2025 within seven (7) days after the entry of this order.

6. If the Debtor fails to make any payment required under this order within five days after it becomes due, any affected creditor may serve a written notice of default on the Debtor by first class mail, postage prepaid, at its address on the clerk's service list, and file a copy of the notice on the court docket. The notice must state the nature of the default and the action required to cure it. If the default is not cured within fifteen days of docketing the notice, the creditor may file a certification of default.

7. Upon certification of default, the court will, without further notice or hearing, enter an order terminating the Debtor's authority to use cash collateral and modifying the automatic stay to permit the creditor to exercise its *in rem* rights and remedies under applicable nonbankruptcy law with respect to all property securing the creditor's claim.

Date: July 3, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

We consent to the form and entry of this order.

SADEK LAW OFFICES LLC
*Attorney for Debtor*

/s/ Michael I. Assad
By: Michael I. Assad


MCCALLA RAYMER LEIBERT PIERCE, LLP
*Attorney for U.S. Bank Trust N.A.*

/s/ Brian Nicholas
By: Brian Nicholas


DAVID METCALF
UNITED STATES ATTORNEY
*Attorney for U.S. Small Business Administration*

/s/ Anthony St. Joseph
By: Anthony St. Joseph

## Exhibit A

|  | June-25 | July-25 | August-25 | September-25 | October-25 |
|---|---|---|---|---|---|
| **Balance Forward** | $0.00 | $197.81 | $1,338.43 | $2,479.05 | $3,619.67 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| US Bank (Contractual) | ($3,985.62) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| US Bank (Adequate Protection) | ($500.00) | ($250.00) | ($250.00) | ($250.00) | ($250.00) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Property Maintenance and Repairs | $0.00 | ($800.00) | ($800.00) | ($800.00) | ($800.00) |
| Attorney Fees | $0.00 | ($500.00) | ($500.00) | ($500.00) | ($500.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $197.81 | $1,338.43 | $2,479.05 | $3,619.67 | $4,760.29 |

|  | November-25 | December-25 | January-26 | February-26 | March-26 |
|---|---|---|---|---|---|
| **Balance Forward** | $4,760.29 | $5,900.91 | $7,041.53 | $8,182.15 | $9,322.77 |
| Rents Received | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| US Bank (Contractual) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) | ($1,992.81) |
| US Bank (Adequate Protection) | ($250.00) | ($250.00) | ($250.00) | ($250.00) | ($250.00) |
| Insurance Premium | ($188.57) | ($188.57) | ($188.57) | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) | ($529.00) | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) | ($199.00) | ($199.00) | ($199.00) |
| Property Maintenance and Repairs | ($800.00) | ($800.00) | ($800.00) | ($800.00) | ($800.00) |
| Attorney Fees | ($500.00) | ($500.00) | ($500.00) | ($500.00) | ($500.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) | ($400.00) | ($400.00) | ($400.00) |
| **Ending Balance** | $5,900.91 | $7,041.53 | $8,182.15 | $9,322.77 | $10,463.39 |

|  | April-26 | May-26 |
|---|---|---|
| **Balance Forward** | $10,463.39 | $11,604.01 |
| Rents Received | $6,000.00 | $6,000.00 |
| US Bank (Contractual) | ($1,992.81) | ($1,992.81) |
| US Bank (Adequate Protection) | ($250.00) | ($250.00) |
| Insurance Premium | ($188.57) | ($188.57) |
| SBA Payment | ($529.00) | ($529.00) |
| Property Taxes | ($199.00) | ($199.00) |
| Property Maintenance and Repairs | ($800.00) | ($800.00) |
| Attorney Fees | ($500.00) | ($500.00) |
| Subchapter V Trustee | ($400.00) | ($400.00) |
| **Ending Balance** | $11,604.01 | $12,744.63 |