# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

### Debtor's Objection to Claim No. 3 of the City of Philadelphia

Debtor Erie Kash Out Properties LLC, through its proposed attorney, files this objection under 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 to Claim No. 3 filed by Claimant City of Philadelphia. In support thereof, the Debtor states as follows:

1. The Debtor commenced this Chapter 11 case by filing a voluntary petition on May 2, 2025.

2. On May 21, 2025, the Claimant filed Proof of Claim No. 3 asserting a secured municipal claim related to the Debtor's real property located at 30 S 62nd St, Philadelphia, PA 19139.

3. The proof of claim includes a liquidated amount of $4,027.46 for prepetition commercial trash charges, which the Debtor does not dispute.

4. The claim also includes an additional, separate line item for Business Income and Receipts Tax ("BIRT") liabilities for the years 2019 through 2024, but does not state any amount for that portion of the claim.

5. The unliquidated BIRT portion of the claim is not supported by any documentation, calculation, assessment, or explanation establishing a basis for liability.

6. The absence of any stated amount makes it impossible for the Debtor to evaluate, treat, or propose payment of the BIRT component in a Chapter 11 plan.

7. Accordingly, the unliquidated and unsupported BIRT portion of Claim No. 3 must be disallowed in its entirety, without prejudice to the Claimant's right to file an amended claim that states a specific amount and attaches appropriate supporting documentation.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 7, 2025                                SADEK LAW OFFICES, LLC
                                                  *Proposed Attorney for Debtor*

                                                  By: _____
                                                  Michael I. Assad
                                                  1500 JFK Boulevard, Suite 220
                                                  Philadelphia, PA 19102
                                                  215-545-0008
                                                  michael@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 7, 2025                                /s/ Michael I. Assad
                                                  Michael I. Assad