## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

**Order Sustaining Debtor's Objection to Claim No. 3 of the City of Philadelphia**

**AND NOW**, after consideration of the Objection to Claim No. 3 of the City of Philadelphia ("the Claimant") filed by Debtor Erie Kash Out Properties LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. The unliquidated component of Claim No. 3 is **DISALLOWED** in its entirety, without prejudice to the Claimant's right to file an amended proof of claim that states a liquidated amount and attaches appropriate supporting documentation.

3. The liquidated portion of Claim No. 3 in the amount of $4,027.46 is not affected by this Order.

Date: _____    _____
Ashely M. Chan
Chief U.S. Bankruptcy Judge