## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| *Debtor*. | Chapter 11 |

### Notice of Objection to Claim and Hearing Date

The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on **Wednesday, September 3, 2025, at 12:30 p.m.** before Chief U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, dial 877-873-8017 and enter access code 3027681. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Wednesday, August 27, 2025**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: July 7, 2025

SADEK LAW OFFICES, LLC
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Certificate of Service

      I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 7, 2025                          /s/ Michael I. Assad
                                                       Michael I. Assad