**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor.* | Case No. 25-11729-amc<br>Chapter 11 |

**Certificate of No Response**

I certify that Sadek Law Offices, LLC has received no answer, objection, or other responsive pleading to the Application to Employ Sadek Law Offices LLC as Debtor's Attorney filed on May 2, 2025. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, objections were to be filed and served on or before May 9, 2025. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: July 8, 2025

Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com