## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| *Debtor.* | Chapter 11 |

### Debtor's Motion to Status Conference

Debtor Erie Kash Out Properties LLC, through its attorney, moves the Court to schedule

a status conference as required by 11 U.S.C. § 1188(a). A proposed form of order is attached.

Date: July 23, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____

Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

### Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 23, 2025

/s/ Michael I. Assad
Michael I. Assad