**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>                              *Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

### Order Scheduling Status Hearing

**AND NOW**, the Debtor having elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby **ORDERED** that:

1. A status conference as required by 11 U.S.C. § 1188(a) is scheduled for **Wednesday, September 3, 2025, at 12:30 p.m.** in Courtroom No. 4, U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

2. The Debtor must file a status report as required by 11 U.S.C § 1188(c) on or before August 20, 2025.

Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge