## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, | Case No. 25-11729-amc |
| | Chapter 11 |
| *Debtor*. | |

### Motion to Extend Time to File Subchapter V Plan

Debtor Erie Kash Out Properties LLC, through its attorney, respectfully moves the Court for entry of an order extending the deadline to file a plan of reorganization. In support of this Motion, the Debtor states as follows

1. This case was filed under subchapter v of chapter 11 on May 2, 2025, and the Debtor is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2. The deadline to file a plan is July 31, 2025, which the Court may extend the deadline for good cause. *See* 11 U.S.C. § 1189(b).

3. U.S. Small Business Administration is known to hold a secured claim arising from a prepetition loan. As of this date, the SBA has not filed a proof of claim; its deadline to do so is the governmental bar date of October 29, 2025.

4. The Debtor cannot complete a viable and confirmable plan without first reviewing the SBA's claim and evaluating its treatment under the Bankruptcy Code.

5. The Debtor requests that the Court extend the plan deadline until November 12, 2025.

For those reasons, the Debtor respectfully requests that the Court enter relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: July 28, 2025				**SADEK LAW OFFICES, LLC**
						*Attorney for Debtor*

						By: _____
						Michael I. Assad
						1500 JFK Boulevard, Suite 220
						Philadelphia, PA 19102
						215-545-0008
						michael@sadeklaw.com


## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 28, 2025				/s/ Michael I. Assad
						Michael I. Assad

2