## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>                                            *Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

### Order Extending Deadline to File Subchapter V Plan

**AND NOW**, after consideration of the Motion to Extend Time to File Subchapter V Plan filed by Debtor Erie Kash Out Properties LLC, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file a plan of reorganization on or before **November 12, 2025**.


Date: _____    _____
Ashely M. Chan
Chief U.S. Bankruptcy Judge