**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ERIE KASH OUT PROPERTIES LLC. | : | |
| | : | BANKR.NO. 25-11729-AMC |
| | : | |
| DEBTOR. | : | |

**CERTIFICATION OF SERVICE**

  I, Hannah Deininger, certify that on July 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Operating Reports and attachments thereto

- Notice of Motion

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: July 29, 2025        By: /s/ *Hannah Deininger*
                Paralegal Specialist
                Office of The United States Trustee
                Robert NC Nix, Sr. Federal Building
                900 Market Street, Suite 320
                Philadelphia, PA 19107
                Phone: 202.280.8512
                Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael Assad, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: michael@sadeklaw.com
**(Defendant)**
Via:      ___CM/ECF  X 1st Class Mail    ___ Certified Mail  __ e-mail    ___ Other

Holly Smith Miller, Esq.
Gellert Seitz Busenkell & Brown, LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmiller@gsbblaw.com
**Sub-V Trustee**
Via:      ___CM/ECF X  1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

**END OF DOCUMENT**