# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC, <br><br> *Debtor*. | Case No. 25-11729-amc <br> Chapter 11 |

**Objection to Motion to Dismiss Debtor's Case or Convert to Chapter 7**

Debtor Erie Kash Out Properties LLC, through its attorney, hereby objects to the Motion to Dismiss Debtor's Case or Convert to Chapter 7 filed by U.S. Trustee Andrew R. Vara. In support of its objection, the Debtor states as follows:

1. The May 2025 operating report was filed on July 31, 2025.

2. The Debtor recently provided documents to counsel that are necessary to prepare monthly operating reports for June 2025 and July 2025. Those reports will be filed promptly.

3. Once those reports are filed, no grounds for dismissal will exist and the Motion must be denied.

4. Even if grounds for dismissal continue to exist, there are no grounds for conversion to chapter 7.

5. When determining if conversion is in the best interests of creditors and the estate, the Court must consider: (i) whether there are substantial unencumbered assets that could be administered by a chapter 7 trustee; (ii) whether there is broad support for conversion among the parties in interest; (iii) whether there is a risk that assets may be dissipated if the case is dismissed; (iv) whether the petition was filed in good faith; and (v) whether there is evidence of prior misconduct by the debtor. *See In re Mazzocone*, 183 B.R. 402, 405 (Bankr. E.D. Pa. 1995), aff'd, 200 B.R. 568 (E.D. Pa. 1996). The availability of trustee oversight and the potential for a more equitable distribution are not, by themselves, sufficient grounds for conversion. *Id.*

6. Conversion is not appropriate here. The record contains no evidence of unencumbered assets, bad faith, misconduct, or risk of dissipation that would justify conversion. Conversion would serve little purpose beyond imposing administrative costs, with no meaningful benefit to unsecured creditors or the estate.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 19, 2025　　　　　　　　　**SADEK LAW OFFICES, LLC**
　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

By: _____
　　　Michael I. Assad
　　　1500 JFK Boulevard, Suite 220
　　　Philadelphia, PA 19102
　　　215-545-0008
　　　michael@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: August 19, 2025　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Michael I. Assad