## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>                          *Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

### Order Denying Motion to Dismiss or Convert Case

**AND NOW**, upon consideration of the Motion to Dismiss Debtor's Case or Convert to Chapter 7 filed by U.S. Trustee Andrew R. Vara, the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

Date: _____    _____
                                                        Ashely M. Chan
                                                        Chief U.S. Bankruptcy Judge