IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ERIE KASH OUT PROPERTIES LLC | : |  |
|  | : | Case No. 25-11729(AMC) |
| Debtor. | : |  |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of the foregoing The City of Philadelphia's Response to Debtor's Objection to Claim #3 was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF FILING

Debtor's Counsel:
Michael I. Assad, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

United States Trustee:
John Henry Schanne, Esq.
Office of the United States Trustee
900 Market Street, Ste 320
Philadelphia, PA 19107

Respectfully submitted,

Date: August 22, 2025

By:   /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov