**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Erie Kash Out Properties LLC,** | : | |
| | : | **Bky. No. 25-11729-amc** |
| **Debtor.** | : | |
| | : | |

**SUBCHAPTER V STATUS REPORT**

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: 05/02/2025

Trustee: Smith Miller

Has the debtor attended an initial debtor interview?   Yes [X]   No [ ]

If no, please explain:

Has the trustee concluded the 341 meeting?   Yes [ ]   No [X]

If no, please explain: The debtor is working to obtain information requested at the hearing regarding pre-petition payments to vendors.

Has the debtor filed all post-petition financial reports?   Yes [X]   No [ ]

If no, please explain:

Has the debtor filed all monthly operating reports?   Yes [X]   No [ ]

If no, please explain:

Is all relevant insurance in place and current?   Yes [X]   No [ ]

If no, please explain:

Has the debtor filed all applicable tax returns?    Yes [ ]    No [X]

If no, please explain: The debtor is working on its Philadelphia tax returns.

Has the debtor paid all taxes entitled to administrative expense priority?    Yes [X]    No [ ]

If no, please explain:

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

The Debtor will propose a plan prior to the status hearing.

Other relevant information:

**Note:** **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date: 08/27/2025**                              **/s/ Michael I. Assad**
                                                  **Attorney for Debtor**

2