**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Erie Kash Out Properties LLC,

*Debtor.*

Case No. 25-11729-amc
Chapter 11

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Objection to Claim No. 3 of City of Philadelphia, which was filed by the Debtor at ECF No. 51. Thank you.

Date: September 1, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____

Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com