IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Erie Kash Out Properties LLC, | § § | Case No. 25-11729-AMC |
| Debtor. | § § | |

**ORDER APPROVING SETTLEMENT STIPULATION BY AND BETWEEN**
**UNITED STATES TRUSTEE AND ERIE KASH OUT PROPERTIES LLC**

Upon consideration of the *Settlement Stipulation By and Between United States Trustee and Erie Kash Out Properties LLC* (the "Stipulation"),[1] and the Court having considered the Stipulation, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Stipulation having been sufficient under the circumstances and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Stipulation is APPROVED in all respects.

2. The Debtor must comply with the obligations set forth in the Stipulation.

3. The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Sept. 2, 2025

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.