**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: Erie Kash Out Properties LLC, | BK NO. 25-11729-amc |
| Debtor | |
| U.S. Bank Trust National Association, Movant | Chapter 11 |
| | Confirmation Hearing Date: TBD |
| vs. | |
| Erie Kash Out Properties LLC, Holly Smith Miller, Trustee        Respondents | |

## OBJECTION OF U.S. BANK TRUST NATIONAL ASSOCIATION TO DEBTOR'S CHAPTER 11 PLAN

U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1, (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 11 Plan and asserts in support of its Objection as follows:

1. Debtor's Plan attempts to bifurcate Creditor's lien on the Property.

2. Debtor proposes eighty-four (84) equal payments at 9% but fails to address escrow.

3. Creditor asserts that the correct value of the Property is greater than the amount listed in the Plan.

4. However, Debtor has not provided any evidence to substantiate the value asserted or to support the allegation.

5. Creditor requests additional time to conduct an appraisal of the Property.

6. Creditor asserts that the correct value of the Property is greater than the amount owed on the lien.

7. Additionally, Debtor's Plan does not treat Creditor's prepetition arrearage claim of $78,598.18 as set forth in its Proof of Claim filed in this case on July 10, 2025 as claim (5-1).

8. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

9.  Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

10. Confirmation of the Plan is not feasible and at best premature.

11. Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, the Creditor, U.S. Bank Trust National Association, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: November 17, 2025

*/s/Mark  Cronin*_____
Mark  Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-402-6989

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Erie Kash Out Properties LLC,**
     **Debtor**

**CHAPTER 13**
**BK. NO. 25-11729-amc**

**U.S. Bank Trust National Association,**
     **Movant**
  **vs.**

**Erie Kash Out Properties LLC,**
**Holly Smith Miller,**
**Trustee**
     **Respondents**

### CERTIFICATION OF SERVICE

  I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **November 17, 2025.**

**Debtor's Attorney**
MICHAEL I. ASSAD
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

**Chapter 13 Trustee**
HOLLY SMITH MILLER, ESQ.
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
VIA ECF

**Debtor**
Erie Kash Out Properties LLC
2 Bala Plaza
Suite 300
Bala Cynwyd, PA 19004
VIA U.S. MAIL

Dated: November 17, 2025

                By: */s/Mark  Cronin*
                 Mark  Cronin
                 Attorney for Movant