### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Erie Kash Out Properties, LLC, | § § | Case No. 25-11729-AMC |
| Debtor. | § § § | |

### ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to (i) File Monthly Operating Reports and (ii) Comply with Court Order* (the "Motion"), and this Court having considered the Motion, all related filings, and the record as whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's bankruptcy case is hereby DISMISSED.

3. All applications for allowance of administrative expenses by the Sub V Trustee (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

4. Promptly after the expiration of the response period for any application authorized by Paragraph 3 above, the Sub V Trustee shall file either:

1

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

5.     The Debtor shall pay outstanding unpaid fees to the Sub V Trustee in the amount as the Court may approve upon application, within ten (10) days of the entry of the Order entered with respect to such fees.

6.     Promptly after the expiration of the period for payment authorized by Paragraph 5 above for which payment is not received, the Sub V Trustee shall file a Certification of Default confirming that payment has not been made and the Court will schedule an emergency hearing, at which time the Court may issue contempt sanctions against the Debtor.

7.     If no Certifications noted herein have been entered on the docket within sixty (60) days of the entry of this Order, then the Clerk shall Close the case pursuant to 11 U.S.C. § 350.

8.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____

                                      The Honorable Ashely M. Chan
                                      United States Bankruptcy Chief Judge