**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ERIE KASH OUT PROPERTIES, | § | CASE NO. 25-11729-AMC |
| LLC FITNESS, | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

**CERTIFICATION OF SERVICE**

I, Hannah Deininger, certify that on December 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion Of the United States Trustee To Dismiss Debtor's Case or Convert to Chapter 7 for Failure to (i) File Monthly Operating Reports and (ii) Comply with Court Order and attachments thereto

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>December 10, 2025</u>         By: <u>/s/ *Hannah Deininger*</u>
                                                   Paralegal Specialist
                                                   Office of The United States Trustee
                                                   Robert NC Nix, Sr. Federal Building
                                                   900 Market Street, Suite 320
                                                   Philadelphia, PA 19107
                                                   Phone: 202.280.8512
                                                   Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael Assad, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: michael@sadeklaw.com
**Debtor**

Via:   X CM/ECF  X 1st Class Mail    ___ Certified Mail  X e-mail   ___ Other:

Holly Smith Miller, Esq.
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmiller@gsbblaw.com

Via:   X CM/ECF  __1st Class Mail    ___ Certified Mail  X e-mail   ___ Other:

**END OF DOCUMENT**