United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-11729-amc

Erie Kash Out Properties LLC                                                     Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Dec 11, 2025                 Form ID: pdf900                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Erie Kash Out Properties LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| aty | + | Sadek Law Offices LLC, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102-1754 |
| 15004424 | + | Erica Booth Tax & Accounting Services, 680 American Ave, Suite 316, King of Prussia, PA 19406-4023 |
| 15004426 | + | Kels LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15004427 | + | Kerryn Richardson, 255 West Fisher Ave, Philadelphia, PA 19120-3244 |
| 15004418 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15004431 | + | U.S. Bank Trust N.A., 300 Delaware Street, 9th Floor, Wilmington, DE 19801-1671 |
| 15017342 | + | U.S.Small Business Administration, Anthony St. Joseph, Asst US Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2025 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 12 2025 00:44:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 15010021 | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15004422 | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15010718 | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15004423 | + | Email/Text: bankruptcy@philapark.org | Dec 12 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15004425 | ^ | MEBN | | |

District/off: 0313-2                           User: admin                                    Page 2 of 3

Date Rcvd: Dec 11, 2025                        Form ID: pdf900                               Total Noticed: 31

| | | Dec 12 2025 00:41:38 | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
|---|---|---|---|
| 15004415 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 12 2025 00:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008045 | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | Dec 12 2025 00:44:00 | U.S. Bank Trust National Association, C/O Maria Tsagarid, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15004428 | + Email/Text: bankruptcygroup@peco-energy.com | | |
| | | Dec 12 2025 00:44:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15004416 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Dec 12 2025 00:44:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15004419 | ^ MEBN | | |
| | | Dec 12 2025 00:41:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15004429 | ^ MEBN | | |
| | | Dec 12 2025 00:41:34 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 15004421 | + Email/Text: bankruptcy@philapark.org | | |
| | | Dec 12 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15037470 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Dec 12 2025 00:44:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15010910 | + Email/Text: megan.harper@phila.gov | | |
| | | Dec 12 2025 00:44:00 | The City of Philadelphia, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1617 |
| 15027739 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Dec 12 2025 00:44:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15004420 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Dec 12 2025 00:44:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15028014 | ^ MEBN | | |
| | | Dec 12 2025 00:41:20 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15004417 | ^ MEBN | | |
| | | Dec 12 2025 00:41:24 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15004432 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Dec 12 2025 00:44:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004430 | ##+ | Tamika Gambrell, 34 Fleetwood Drive, Greenville, SC 29605-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 31

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL I. ASSAD | on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com  sadeklaw@recap.email |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ERIE KASH OUT PROPERTIES, LLC | § | CASE NO.  25-11729-AMC |
| FITNESS, | § | |
| | § | |
| DEBTOR. | § | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

*Motion of the United States Trustee to Dismiss Debtor's Case or Convert to
Chapter 7 for Failure to (i) File Monthly Operating Reports and (ii) Comply with
Court Order*

**Your rights may be affected.  You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney,
you may wish to consult an attorney).**

1.  **If you do not want the court to grant the relief sought in the Motion** or if you want the
    court to consider your views on the Motion, then on or before **December 31, 2025** you or
    your attorney must file a response to the Motion. *(see Instructions on next page).*

2.  A hearing on the Motion is scheduled to be held on **January 7, 2026 at 12:30 p.m. at the
    United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market
    Street, Courtroom #4 Philadelphia, PA 19107**.  Unless the court orders otherwise, the
    hearing on this contested matter will be an evidentiary hearing. Requests for participation
    other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3.  **If you do not file a response to the Motion,** the court may cancel the hearing and enter
    an order granting the relief requested in the Motion.

4.  You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800
    and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled
    because no one filed a response.

5.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you
    request a copy from the attorney whose name and address is listed on the next page of this
    Notice.

**Filing Instructions**

1.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2.  If you are not required to file electronically, you must file your response at

    **United States Bankruptcy Court**
    **Eastern District of Pennsylvania**
    **Robert N.C. Nix Sr. Federal Building**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**
    **Telephone: (215)408-2840**

3.  If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    By:  /s/  *John Schanne*_____
    John Schanne, Trial Attorney
    Office of The United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107
    Phone: 202.934.4154
    John.Schanne@usdoj.gov

Date: <u>December 10, 2025</u>