United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11729-amc
Erie Kash Out Properties LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 08, 2026      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erie Kash Out Properties LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| aty | + | Sadek Law Offices LLC, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102-1754 |
| 15004424 | + | Erica Booth Tax & Accounting Services, 680 American Ave, Suite 316, King of Prussia, PA 19406-4023 |
| 15004426 | + | Kels LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15004427 | + | Kerryn Richardson, 255 West Fisher Ave, Philadelphia, PA 19120-3244 |
| 15004418 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15004431 | + | U.S. Bank Trust N.A., 300 Delaware Street, 9th Floor, Wilmington, DE 19801-1671 |
| 15017342 | + | U.S.Small Business Administration, Anthony St. Joseph, Asst US Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Jan 09 2026 00:18:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 15010021 | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15004422 | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15010718 | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15004423 | + Email/Text: bankruptcy@philapark.org | Jan 09 2026 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15004425 | ^ MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 31 |

|  |  |  | Jan 09 2026 00:17:14 | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
|---|---|---|---|---|
| 15004415 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2026 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008045 |  | Email/Text: BankruptcyECFMail@mccalla.com | Jan 09 2026 00:18:00 | U.S. Bank Trust National Association, C/O Maria Tsagarid, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15004428 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 09 2026 00:18:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15004416 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15004419 | ^ | MEBN | Jan 09 2026 00:17:27 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15004429 | ^ | MEBN | Jan 09 2026 00:16:59 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 15004421 | + | Email/Text: bankruptcy@philapark.org | Jan 09 2026 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15037470 | + | Email/Text: bankruptcynotices@sba.gov | Jan 09 2026 00:18:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15010910 | + | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | The City of Philadelphia, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1617 |
| 15027739 | + | Email/Text: bankruptcy@bbandt.com | Jan 09 2026 00:18:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15004420 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 09 2026 00:19:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15028014 | ^ | MEBN | Jan 09 2026 00:16:51 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15004417 | ^ | MEBN | Jan 09 2026 00:17:05 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15004432 | + | Email/Text: bankruptcynotices@sba.gov | Jan 09 2026 00:18:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004430 | ##+ | Tamika Gambrell, 34 Fleetwood Drive, Greenville, SC 29605-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 31 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026                                      Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

**Name**  **Email Address**

ANTHONY ST. JOSEPH
on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARK A. CRONIN
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com

MICHAEL I. ASSAD
on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com  sadeklaw@recap.email

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Erie Kash Out Properties, LLC, | § § § | Case No. 25-11729-AMC |
| Debtor. | § § | Related Docket No. 86 |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to (i) File Monthly Operating Reports and (ii) Comply with Court Order* (Docket No. 86) (the "Motion"), and this Court having considered the Motion, all related filings, and the record as whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's bankruptcy case is hereby DISMISSED.

3. All applications for allowance of administrative expenses by the Sub V Trustee (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

4. Promptly after the expiration of the response period for any application authorized by Paragraph 3 above, the Sub V Trustee shall file either:

1

a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

5. The Debtor shall pay outstanding unpaid fees to the Sub V Trustee in the amount as the Court may approve upon application, within ten (10) days of the entry of the Order entered with respect to such fees.

6. Promptly after the expiration of the period for payment authorized by Paragraph 5 above for which payment is not received, the Sub V Trustee shall file a Certification of Default confirming that payment has not been made and the Court will schedule an emergency hearing, at which time the Court may issue contempt sanctions against the Debtor.

7. If no Certifications noted herein have been entered on the docket within sixty (60) days of the entry of this Order, then the Clerk shall Close the case pursuant to 11 U.S.C. § 350.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: Jan. 8, 2026

The Honorable Ashely M. Chan
United States Bankruptcy Chief Judge