# EXHIBIT A

**GELLERT SEITZ BUSENKELL & BROWN, LLC**

Federal EIN: 46-0997626

Wiring Instructions:
Bank: Wilmington Savings Fund Society, F.S.B
500 Delaware Ave., Wilmington, DE 19801
Account #: 208910437
Routing #: 031100102
Account Name: Gellert Seitz Busenkell & Brown LLC
Reference: 860071.001

Attn: Holly S. Miller
Holly S. Miller Subchapter V Trustee

Invoice Date: January 14, 2026
Invoice No.: 53967
Account No.: 860071.001

RE: Erie Kash Out Properties, 25-11729-amc (Bankr. E.D. Pa)    Page: 1

**DRAFT BILL**

INVOICE FOR PERIOD THROUGH 01/14/2026

**Fees**

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/06/2025 | HSM | B210 | A104 | Review/analyze First Day Motions and Order to Expedite | 0.20 | 90.00 |
| 05/07/2025 | HSM | B210 | A104 | Review/analyze and respond to email from J. Gannone regarding IDI | 0.20 | 90.00 |
| 05/08/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding certificate of insurance | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze email from Debtor's counsel regarding forced place policy | 0.10 | 45.00 |
| 05/09/2025 | HSM | B150 | A104 | Review/analyze and respond to email from United States Trustee regarding scheduling 341 | 0.20 | 90.00 |
|  | HSM | B150 | A104 | Review/analyze Notice of Meeting of Creditors | 0.10 | 45.00 |
|  | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee and debtor's counsel regarding general background, first day motions | 0.30 | 135.00 |
|  | HSM | B310 | A104 | Review/analyze Order Granting Motion To Set Last Day To File Proofs of Claim | 0.10 | 45.00 |
|  | HSM | B160 | A104 | Review/analyze Praecipe to Withdraw Motion to Approve Interim Compensation Procedures for Debtor's Attorney | 0.10 | 45.00 |
| 05/14/2025 | HSM | B210 | A109 | Appear for/attend hearing on motion for use of cash collateral | 0.50 | 225.00 |
|  | HSM | B210 | A104 | Review/analyze Proposed Order Re: Motion for Interim Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee  
Account No.   860071.001  
RE:  Erie Kash Out Properties, 25-1172

Invoice Date:  01/14/2026  
Invoice No.  53967  
Page No.  2

| Date | Atty | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/16/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI | 0.10 | 45.00 |
| 05/19/2025 | HSM | B210 | A109 | Appear for/attend IDI (Debtor did not appear) | 0.30 | 135.00 |
| 05/20/2025 | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee regarding cash collateral hearing | 0.20 | 90.00 |
|  | HSM | B310 | A104 | Review/analyze Water Revenue Bureau proof of claim | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze and respond to email from debtor's counsel regarding adjournment of cash collateral hearing, use of cash collateral | 0.20 | 90.00 |
| 05/21/2025 | HSM | B210 | A109 | Appear for/attend hearing on cash collateral | 0.90 | 405.00 |
|  | HSM | B210 | A104 | Review/analyze Proposed Order Re: Continuing hearing on cash collateral motion | 0.10 | 45.00 |
|  | HSM | B310 | A104 | Review/analyze City of Philadelphia Law Department proof of claim | 0.10 | 45.00 |
| 05/28/2025 | HSM | B210 | A104 | Review/analyze Order Scheduling Hearing re: Motion for Interim Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| 05/29/2025 | HSM | B210 | A104 | Review/analyze email from debtor's counsel regarding cash collateral budget | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze email from United States Trustee regarding cash collateral budget | 0.10 | 45.00 |
| 05/30/2025 | HSM | B210 | A104 | Review/analyze United States Trustee Motion to Dismiss Case For Lack of Insurance | 0.10 | 45.00 |
| 06/02/2025 | HSM | B210 | A104 | Review/analyze Motion to Shorten time to Dismiss Debtor's Case or Convert to Chapter 7 | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze Order Scheduling Expedited Hearing re:Motion to Dismiss Case | 0.10 | 45.00 |
| 06/03/2025 | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee regarding Debtor's objection to motion to dismiss/convert | 0.20 | 90.00 |
|  | HSM | B210 | A104 | Review/analyze Debtor's response to United States Trustee motion to dismiss/convert | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze email from debtor's counsel regarding MOR, hearing on motion to dismiss | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze email from Brian Nicholas regarding US Bank negotiations | 0.10 | 45.00 |
| 06/04/2025 | HSM | B210 | A104 | Review/analyze Objection to Motion Re: Chapter 11 First Day Motions filed by U.S. Bank Trust National Association | 0.10 | 45.00 |
| 06/09/2025 | HSM | B210 | A104 | Review/analyze and respond to email from J. Gannone regarding rescheduled IDI | 0.20 | 90.00 |

1201 NORTH ORANGE STREET  
SUITE 300  
WILMINGTON, DE 19801  
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET  
SUITE 3020, 3RD FLOOR  
PHILADELPHIA, PA 19107  
P: 215.238.0010  F: 302.425.5814

| | | | | | | Hours | |
|---|---|---|---|---|---|---|---|
| | HSM | B210 | A104 | Review/analyze Debtor's Amended Objection to Motion to Dismiss Case | | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Response to Objection filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 Filed by Erie Kash Out Properties LLC | | 0.10 | 45.00 |
| | HSM | B150 | A109 | Appear for/attend 341 meeting | | 0.80 | 360.00 |
| 06/11/2025 | HSM | B210 | A104 | Review/analyze and respond to email from debtor's counsel regarding hearing on cash collateral | | 0.20 | 90.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on United States Trustee motion to dismiss, motion for cash collateral | | 1.80 | 810.00 |
| | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI | | 0.10 | 45.00 |
| 06/12/2025 | HSM | B210 | A104 | Review/analyze email from debtor's counsel regarding information requested for IDI | | 0.10 | 45.00 |
| 06/13/2025 | HSM | B210 | A109 | Appear for/attend IDI | | 0.50 | 225.00 |
| | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI follow up | | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze budget, mortgage complaint, appraisal, mortgage, and note | | 0.10 | 45.00 |
| 06/17/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI follow up | | 0.10 | 45.00 |
| 06/26/2025 | HSM | B210 | A104 | Review/analyze cash collateral consent order and budget, email debtor's counsel regarding same | | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze email from counsel to SBA regarding cash collateral consent order | | 0.10 | 45.00 |
| 06/28/2025 | HSM | B160 | A104 | Review/analyze Declaration re: Application to Employ Sadek Law Offices LLC as Debtor's Attorney | | 0.10 | 45.00 |
| 07/03/2025 | HSM | B210 | A104 | Review/analyze Consent Order Authorizing Use of Cash Collateral | | 0.10 | 45.00 |
| 07/08/2025 | HSM | B310 | A104 | Review/analyze Objection to Claim Number 3 by Claimant City of Philadelphia | | 0.10 | 45.00 |
| | HSM | B160 | A104 | Review/analyze Certificate of No Response to Application to Employ Sadek Law Offices LLC as Debtor's Attorney | | 0.10 | 45.00 |
| 07/09/2025 | HSM | B310 | A104 | Review/analyze Truist Bank proof of claim | | 0.10 | 45.00 |
| 07/10/2025 | HSM | B310 | A104 | Review/analyze U.S. Bank Trust National Association proof of claim | | 0.10 | 45.00 |
| 07/16/2025 | HSM | B160 | A104 | Review/analyze Order Granting Application to Employ Sadek Law Offices LLC | | 0.10 | 45.00 |
| 07/23/2025 | HSM | B210 | A104 | Review/analyze Motion to Set Status Conference | | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010  F: 302.425.5814

Holly S. Miller Subchapter V Trustee  Invoice Date: 01/14/2026
Account No.  860071.001  Invoice No. 53967
RE:  Erie Kash Out Properties, 25-1172  Page No. 4

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 07/28/2025 | HSM | B320 | A104 | Review/analyze Motion to Extend time to File Subchapter V Plan | 0.10 | 45.00 |
| 07/30/2025 | HSM | B210 | A104 | Review/analyze Motion to Dismiss Debtor(s) for Failure to File Documents , or in the alternative Motion to Convert Case to Chapter 7 | 0.10 | 45.00 |
|  | HSM | B320 | A104 | Review/analyze Objection to Motion to Extend / Shorten Time filed by Debtor Erie Kash Out Properties LLC Filed by United States Trustee | 0.10 | 45.00 |
| 07/31/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period Ending 05/31/2025 | 0.10 | 45.00 |
| 08/01/2025 | HSM | B210 | A104 | Review/analyze Order Scheduling Status Hearing | 0.10 | 45.00 |
| 08/08/2025 | HSM | B310 | A104 | Review/analyze Small Business Administration proof of claim | 0.10 | 45.00 |
| 08/19/2025 | HSM | B190 | A104 | Review/analyze Objection to Dismiss Debtor for Failure to File Documents | 0.10 | 45.00 |
| 08/21/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period Ending 06/30/2025 | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period Ending 07/31/2025 | 0.10 | 45.00 |
| 08/22/2025 | HSM | B310 | A104 | Review/analyze Response to Objection to Claim filed by CITY OF PHILADELPHIA | 0.10 | 45.00 |
| 08/28/2025 | HSM | B210 | A104 | Review/analyze Status Report | 0.10 | 45.00 |
|  | HSM | B190 | A104 | Review/analyze draft stipulation resolving motion to dismiss | 0.10 | 45.00 |
| 08/29/2025 | HSM | B190 | A104 | Review/analyze Stipulation of Settlement By United States Trustee and Between Erie Kash Out Properties LLC | 0.10 | 45.00 |
| 09/02/2025 | HSM | B190 | A104 | Review/analyze Order Approving the Stipulation of Settlement By United States Trustee and Between Erie Kash Out Properties LLC | 0.10 | 45.00 |
|  | HSM | B310 | A104 | Review/analyze Praecipe to Withdraw Objection to Claim Number 3 by Claimant City of Philadelphia | 0.10 | 45.00 |
|  | HSM | B320 | A104 | Review/analyze Plan | 0.10 | 45.00 |
| 09/03/2025 | HSM | B210 | A109 | Appear for/attend status hearing | 1.80 | 810.00 |
| 09/04/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI follow up | 0.10 | 45.00 |
|  | HSM | B210 | A104 | Review/analyze the SBA loan documents, tenant leases, and the DIP account statements for June and July | 0.20 | 90.00 |
| 09/18/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period |  |  |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

| | | | | | | |
|---|---|---|---|---|---|---|
| Holly S. Miller Subchapter V Trustee | | | | | Invoice Date: | 01/14/2026 |
| Account No.   860071.001 | | | | | Invoice No. | 53967 |
| RE:  Erie Kash Out Properties, 25-1172 | | | | | Page No. | 5 |

| Date | TK | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | Ending 08/31/2025 | 0.10 | 45.00 |
| 11/18/2025 | HSM | B320 | A104 | Review/analyze Objection to Confirmation of Plan Filed by U.S. Bank Trust National Association | 0.10 | 45.00 |
| 12/10/2025 | HSM | B210 | A104 | Review/analyze United States Trustee Motion to Dismiss Debtor for Failure to File Documents | 0.10 | 45.00 |
| 01/05/2026 | HSM | B210 | A104 | Review/analyze Certificate of No Response to Motion of the United States Trustee to Dismiss Debtors Case or Convert to Chapter 7 for Failure to (i) File Monthly Operating Reports and (ii) Comply with Court Order | 0.10 | 45.00 |
| 01/07/2026 | HSM | B210 | A107 | Communicate (other outside counsel) with Debtor's counsel regarding United States Trustee motion to dismiss | 0.20 | 100.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on motion to dismiss | 1.00 | 500.00 |
| | | | | For Current Services Rendered | 15.80 | 7,170.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holly S. Miller | 14.60 | $450.00 | $6,570.00 |
| Holly S. Miller | 1.20 | 500.00 | 600.00 |

| | |
|---|---|
| Total Current Work | 7,170.00 |
| Balance Due | $7,170.00 |

Task Code Summary

| Code | Description | Fees | Expenses |
|---|---|---|---|
| B150 | Meetings of and Communications with Creditors | 495.00 | 0.00 |
| B160 | Fee/Employment Applications | 180.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 180.00 | 0.00 |
| B100 | Administration | 855.00 | 0.00 |
| B210 | Business Operations | 5730.00 | 0.00 |
| B200 | Operations | 5,730.00 | 0.00 |
| B310 | Claims Administration and Objections | 405.00 | 0.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 180.00 | 0.00 |
| B300 | Claims and Plan | 585.00 | 0.00 |

Payments received after 01/14/2026 will appear your next invoice.

Please send all payments to Delaware address below including invoice number and/or account number on payment.  Thank You.

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

| | |
|---|---|
| Draft Statement Totals 01/04/2026 | |
| Statements Printed: | 1 |
| Hours: | 15.80 |
| Fees: | 7,170.00 |