# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **ERIE KASH OUT PROPERTIES LLC,** ) | |
| ) | |
| Debtor. ) | Case No. 25-11729-amc |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, the First And Final Application of Holly S. Miller, Esquire for Compensation, Notice and Proposed Order were served via ECF on all parties who filed a request under L.B.R. 2002-1 to receive all notices in the case.

Dated:  January 15, 2026              /s/ *Holly S. Miller*
                                                        Holly S. Miller