**Fill in this information to identify the case:**

Debtor Name: Erie Kash Out Properties LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-11729-amc

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: October 2025

Date report filed: 01/20/2026 (MM / DD / YYYY)

Line of business: Lessor of Real Estate

NAISC code: 5311

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Kerryn Richardson

Original signature of responsible party: /s/ Kerryn Richardson

Printed name of responsible party: Kerryn Richardson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __Erie Kash Out Properties LLC__          Case number __25-11729-amc__

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ __11,396.94__

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ __7,720.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ __14,214.00__

22. **Net cash flow**     + $ __-6,494.00__

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ __11,396.94__

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ __2,645.00__

    *(Exhibit E)*

Debtor Name __Erie Kash Out Properties LLC__        Case number __25-11729-amc__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ __10,880.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   __0__
27. What is the number of employees as of the date of this monthly report?   __0__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ __0.00__
30. How much have you paid this month in other professional fees?    $ __0.00__
31. How much have you paid in total other professional fees since filing the case?    $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,000.00 | − | $ 7,720.00 | = | $ -1,720.00 |
| 33. **Cash disbursements** | $ 4,436.76 | − | $ 14,214.00 | = | $ -9,777.24 |
| 34. **Net cash flow** | $ 1,536.24 | − | $ 6,494.00 | = | $ -4,957.76 |

35. Total projected cash receipts for the next month:    $ __6,000.00__
36. Total projected cash disbursements for the next month:    − $ __4,463.76__
37. Total projected net cash flow for the next month:    = $ __1,536.24__

Debtor Name  Erie Kash Out Properties LLC         Case number 25-11729-amc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Erie Kash Out Properties LLC,<br><br>*Debtor*. | Case No. 25-11729-amc<br>Chapter 11 |

## Exhibit A

3.   See Exhibit E

## Exhibit E

| Date Incurred | Creditor | Purpose | Amount | Date Due |
|---|---|---|---|---|
| 06/01/2025 | Small Business Administration | Adequate Protection | $529.00 | 06/01/2025 |
| 07/01/2025 | Small Business Administration | Adequate Protection | $529.00 | 07/01/2025 |
| 08/01/2025 | Small Business Administration | Adequate Protection | $529.00 | 08/01/2025 |
| 09/01/2025 | Small Business Administration | Adequate Protection | $529.00 | 09/01/2025 |
| 10/01/2025 | Small Business Administration | Adequate Protection | $529.00 | 10/01/2025 |

## Exhibit F

| Payee | Amount Owed | Date Due |
|---|---|---|
| Kels LLC | $4,880.00 | 09/15/2025 |
| Kels LLC | $6,000.00 | 10/15/2025 |



Page 1 of 2    10/31/25
PA    ███████1918

```
717-33-01-00 10541 0 C 001 30 S 66 002
ERIE KASH OUT PROPERTIES
2 BALA PLZ STE 300
BALA CYNWYD PA  19004-1512
```

# Your account statement
For 10/31/2025

## Contact us
 Truist.com    (844) 4TRUIST or (844) 487-8478

The federal government will stop sending paper checks after September 30, 2025, except in limited cases. Federal benefit payments are required to be made electronically. Switch your federal benefit payments to direct deposit to avoid delays: https://godirect.gov or call 800-967-6857 (Mon–Fri, 9 AM–7 PM ET).

## ■ TRUIST SIMPLE BUSINESS CHECKING ███████1918

### Account summary

| | |
|---|---:|
| Your previous balance as of 09/30/2025 | $11,396.94 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 14,214.00 |
| Deposits, credits and interest | + 7,720.00 |
| Your new balance as of 10/31/2025 | = $4,902.94 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 10/06 | OUTGOING WIRE TRANSFER WIRE REF# 20251006-00015457 | 14,214.00 |
| | Total other withdrawals, debits and service charges | = $14,214.00 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 10/06 | IN-BRANCH TRANSFER TRANSFER FROM CHECKING ███████2264 10-06-25 | 2,820.00 |
| 10/29 | DEPOSIT | 4,900.00 |
| | Total deposits, credits and interest | = $7,720.00 |

Important: Fee Changes. Truist has completed an annual review of wholesale payment services pricing. As of January 1, 2026, fees will change for some treasury and payment services, including changes to depository, payment and select digital services. Additional detail will be available in your next statement.