# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:   Case No. 25-11729-amc

Erie Kash Out Properties LLC,   Chapter 11

        Debtor.

### Order Reinstating Bankruptcy Case

**AND NOW**, upon the *Motion to Reinstate Bankruptcy Case* filed by Debtor Erie Kash Out Properties LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The dismissal order docketed at ECF No. 92 is **VACATED**.

3. This case is **REINSTATED**.

Date:

                        Ashely M. Chan
                        Chief U.S. Bankruptcy Judge