# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Erie Kash Out Properties LLC,

Debtor.

Case No. 25-11729-amc

Chapter 11

## Order Setting Expedited Hearing
## on Debtor's Motion to Reinstate Bankruptcy Case

**AND NOW**, upon consideration of the *Motion to Reinstate Bankruptcy Case* filed at ECF No. 99 ("the Motion") by Movant Erie Kash Out Properties LLC, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. A hearing to consider the Motion shall be held on **January 28, 2026**, at **11:00 a.m.** The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this order on the U.S. Trustee, the case Trustee, all secured creditors, and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on __Jan. 22, 2026__. If the hearing is scheduled less than 48 hours after the Movant receives this order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this order and the notice of motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on __Jan. 22, 2026__.

6. Prior to the hearing, the Movant shall file a certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: Jan. 21, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge