# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11729-amc |
| Erie Kash Out Properties LLC, | Chapter 11 |
| Debtor. | |

### Order Denying Motion to Reinstate

**AND NOW**, upon the *Motion to Reinstate Bankruptcy Case* filed by Debtor Erie Kash Out Properties LLC, after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **DENIED for the reasons stated on the record in open Court.**

Date: Jan. 28, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge