United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 25-11729-amc
Erie Kash Out Properties LLC                                          Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                      Page 1 of 3
Date Rcvd: Jan 29, 2026                                Form ID: pdf900                              Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erie Kash Out Properties LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| aty | + | Sadek Law Offices LLC, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102-1754 |
| 15004424 | + | Erica Booth Tax & Accounting Services, 680 American Ave, Suite 316, King of Prussia, PA 19406-4023 |
| 15004426 | + | Kels LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15004427 | + | Kerryn Richardson, 255 West Fisher Ave, Philadelphia, PA 19120-3244 |
| 15004418 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15095752 | + | Small Business Administration (SBA), C/O Andrew R. Fuchs, U.S. Attorney's Office, 615 Chestnut Street, Ste. 1250, Philadelphia, PA 19106-4490 |
| 15004431 | + | U.S. Bank Trust N.A., 300 Delaware Street, 9th Floor, Wilmington, DE 19801-1671 |
| 15017342 | + | U.S.Small Business Administration, Anthony St. Joseph, Asst US Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Jan 30 2026 00:37:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 15010021 | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15004422 | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15010718 | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15004423 | + Email/Text: bankruptcy@philapark.org | Jan 30 2026 00:37:00 | City of Philadelphia, Parking Violation Branch, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | PO Box 41819, Philadelphia, PA 19101-1819 |
| 15004425 | ^ MEBN | Jan 30 2026 00:35:36 | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15004415 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008045 | Email/Text: BankruptcyECFMail@mccalla.com | Jan 30 2026 00:37:00 | U.S. Bank Trust National Association, C/O Maria Tsagarid, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15004428 | + Email/Text: bankruptcygroup@peco-energy.com | Jan 30 2026 00:37:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15004416 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:37:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15004419 | ^ MEBN | Jan 30 2026 00:35:44 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15004429 | ^ MEBN | Jan 30 2026 00:35:26 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 15004421 | + Email/Text: bankruptcy@philapark.org | Jan 30 2026 00:37:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15037470 | + Email/Text: bankruptcynotices@sba.gov | Jan 30 2026 00:37:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15010910 | + Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | The City of Philadelphia, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1617 |
| 15027739 | + Email/Text: bankruptcy@bbandt.com | Jan 30 2026 00:37:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15004420 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2026 00:37:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15028014 | ^ MEBN | Jan 30 2026 00:35:23 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15004417 | ^ MEBN | Jan 30 2026 00:35:29 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15004432 | + Email/Text: bankruptcynotices@sba.gov | Jan 30 2026 00:37:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004430 | ##+ | Tamika Gambrell, 34 Fleetwood Drive, Greenville, SC 29605-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

**Name**          **Email Address**

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Andrew Robert Fuchs
    on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

HOLLY SMITH MILLER, ESQ.
    hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARK A. CRONIN
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com

MICHAEL I. ASSAD
    on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com  sadeklaw@recap.email

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                          Case No. 25-11729-amc

    Erie Kash Out Properties LLC,         Chapter 11

                      Debtor.

## Order Denying Motion to Reinstate

**AND NOW**, upon the *Motion to Reinstate Bankruptcy Case* filed by Debtor Erie Kash Out Properties LLC, after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court.

Date: Jan. 28, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge