IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **ERIE KASH OUT PROPERTIES LLC,** ) | |
| ) | |
| Debtor. ) | Case No. 25-11729-amc |
| ) | |

## ORDER

Upon consideration of the First And Final Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of 05/06/2025 through 01/07/2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $7,170.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: Feb. 5, 2026

_____
ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE