**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ERIE KASH OUT PROPERTIES LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No: 25-11729-amc |

**CERTIFICATE OF DEFAULT REGARDING DEBTOR'S PAYMENT OF**
**SUBCHAPTER V TRUSTEE FEES**

On January 8, 2026, the Court entered an Order Dismissing this Bankruptcy Case and providing for certain procedures for the Subchapter V Trustee, Holly S. Miller, Esquire (the "Trustee") filing of her Fee Application and the Debtor's payment of Trustee fees. On January 15, 2026, the Trustee filed the *First and Final Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period 05/06/2025 Through 01/07/2026* (the "Application") and the Notice of Application. On January 30, 2026, the Trustee filed a Certification of No Objection, and on February 5, 2026, the Court entered an Order approving the Application.

Pursuant to this Court's January 8, 2026 Order, Debtor's payment of the Trustee's fees was due on February 15, 2026. To date, the Trustee has not received payment of her fees. Accordingly, and consistent with this Cout's January 8, 2026 Order, the Trustee respectfully requests that the Court schedule an emergency hearing, at which time the Court may determine whether it will issue contempt sanctions against the Debtor.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  February 16, 2026　　　　　　GELLERT SEITZ BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　　By:  /s/ Holly S. Miller
　　　　　　　　　　　　　　　　　　　Holly S. Miller, Esquire
　　　　　　　　　　　　　　　　　　　901 Market Street, Suite 3020
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　　Email: hsmiller@gsbblaw.com
　　　　　　　　　　　　　　　　　　　*Subchapter V Trustee*