United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11729-amc |
| Erie Kash Out Properties LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erie Kash Out Properties LLC, 2 Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| aty | + | Sadek Law Offices LLC, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102-1754 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Feb 19 2026 00:57:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Feb 19 2026 00:57:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) anthony.stjoseph@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: 167 | Total Noticed: 4 |

Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Andrew Robert Fuchs

on behalf of Creditor United States of America on behalf of Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov

BRIAN CRAIG NICHOLAS

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

HOLLY SMITH MILLER, ESQ.

hsmiller@gsbblaw.com  chsm11@trustesolutions.net

HOLLY SMITH MILLER, ESQ.

on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARK A. CRONIN

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com

MICHAEL I. ASSAD

on behalf of Debtor Erie Kash Out Properties LLC michael@sadeklaw.com  sadeklaw@recap.email

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 167* (1/25)−doc 114 − 113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Erie Kash Out Properties LLC<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−11729−amc<br><br><br>Chapter: 11 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of DEBTORS PAYMENT OF SUBCHAPTER V TRUSTEE FEES Filed by HOLLY SMITH MILLER, ESQ.

on: 2/25/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: February 18, 2026                                         For The Court

                                                                                                                      Mohung Wong
                                                                                                                      Clerk of Court