# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ERIE KASH OUT PROPERTIES LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No: 25-11729-amc |

## SUPPLEMENTAL CERTIFICATE OF DEFAULT REGARDING DEBTOR'S PAYMENT OF SUBCHAPTER V TRUSTEE FEES

On February 16, 2026, the Subchapter V Trustee, Holly S. Miller, Esquire (the "Trustee") filed a Certificate of Default Regarding Debtor's Payment of Subchapter V Trustee Fees. A hearing was held on February 25, 2026, at which time the Court requested that the Trustee supplement the Certificate of Default with a specific request for sanctions. Pursuant to that directive, the Trustee submits the following:

1.　　The Trustee requests that sanctions be entered against the Debtor and in favor of the Trustee in the amount of $2,675.00 (the "Sanctions"). This amount reflects the work the Trustee has put in since the filing of her Fee Application. Attached hereto as Exhibit A are the applicable billing records.

2.　　The Sanctions, plus the outstanding fees owed to the Trustee ($7,170.00) amount to a total of $9,845.00 (the "Total Sum").

3.　　The Trustee further requests that the Court enter a bar on the Debtor's ability to refile another bankruptcy case unless or until the Total Sum is paid in full to the Trustee.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 1, 2026　　　　　　　　GELLERT SEITZ BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　　By: /s/ Holly S. Miller
　　　　　　　　　　　　　　　　　　　Holly S. Miller, Esquire
　　　　　　　　　　　　　　　　　　　901 Market Street, Suite 3020
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　　Email: hsmiller@gsbblaw.com
　　　　　　　　　　　　　　　　　　　*Subchapter V Trustee*