# GELLERT SEITZ BUSENKELL & BROWN, LLC

Federal EIN: 46-0997626

**Wiring Instructions:**
Bank: Wilmington Savings Fund Society, F.S.B
500 Delaware Ave., Wilmington, DE 19801
Account #: 208910437
Routing #: 031100102
Account Name: Gellert Seitz Busenkell & Brown LLC
Reference:   860071.001

Attn:    Holly S. Miller
Holly S. Miller Subchapter V Trustee

Invoice Date:   February 26, 2026
Invoice No.:    **54364**
Account No.:    860071.001

RE:    Erie Kash Out Properties, 25-11729-amc (Bankr. E.D. Pa)    Page:   1

**DRAFT BILL**

INVOICE FOR PERIOD THROUGH 02/26/2026

**Fees**

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/14/2026 | HSM | B160 | A103 | Draft/revise first and final fee application | 0.20 | 100.00 |
| 01/15/2026 | MNF | B160 | A110 | Final review, formatting and filing of trustee fee application | 0.40 | 100.00 |
| 01/20/2026 | HSM | B210 | A104 | Review/analyze and respond to email from debtor's counsel regarding hearing on motion to reinstate | 0.20 | 100.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Reinstate Case | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 12/01/2025 to 12/31/2025 | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 10/01/2025 to 10/31/2025 | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 11/01/2025 to 11/30/2025 | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 09/01/2025 to 09/30/2025 | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze email from M. Cronin regarding hearing on motion to reinstate | 0.10 | 50.00 |
| 01/21/2026 | HSM | B210 | A104 | Review/analyze Motion to Expedite Hearing | 0.10 | 50.00 |
| | HSM | B210 | A107 | Communicate (other outside counsel) with counsel to United States Trustee regarding motion to reinstate case | 0.20 | 100.00 |
| | HSM | B210 | A104 | Review/analyze Amended Motion to Expedite Hearing | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling EXPEDITED Hearing | 0.10 | 50.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

| | | | | | | |
|---|---|---|---|---|---|---|
| Holly S. Miller Subchapter V Trustee | | | | | Invoice Date: | 02/26/2026 |
| Account No.   860071.001 | | | | | Invoice No. | 54364 |
| RE:  Erie Kash Out Properties, 25-1172 | | | | | Page No. | 2 |

| Date | TK | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/27/2026 | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee regarding motion to reinstate | 0.20 | 100.00 |
| | HSM | B210 | A103 | Draft/revise email to debtor's counsel regarding motion to reinstate, SARE | 0.10 | 50.00 |
| | HSM | B210 | A104 | Review/analyze email from debtor's counsel regarding motion to reinstate, email United States Trustee regarding same | 0.20 | 100.00 |
| 01/28/2026 | HSM | B210 | A109 | Appear for/attend hearing on motion to reinstate | 0.90 | 450.00 |
| 01/29/2026 | HSM | B210 | A104 | Review/analyze Order Denying Motion To Reinstate | 0.10 | 50.00 |
| 01/30/2026 | MNF | B160 | A103 | Draft/revise certificate of no objection to trustee fee application | 0.30 | 75.00 |
| | HSM | B160 | A104 | Review/analyze draft certificate of no objection to Trustee fee application | 0.10 | 50.00 |
| | MNF | B160 | A110 | Finalize, format and file certification of no objection to trustee fee application | | |
| 02/05/2026 | HSM | B160 | A104 | Review/analyze order on fee application, email debtor's counsel regarding same | 0.20 | 100.00 |
| 02/12/2026 | HSM | B160 | A104 | Review/analyze email from debtor's counsel regarding payment of fees | 0.10 | 50.00 |
| 02/16/2026 | HSM | B160 | A103 | Draft/revise Certification of Default of Payment of Subchapter V Trustee fees | 0.30 | 150.00 |
| 02/18/2026 | HSM | B210 | A104 | Review/analyze notice of hearing on certification of default | 0.10 | 50.00 |
| 02/25/2026 | HSM | B160 | A109 | Appear for/attend hearing on Certification of Default for Failure to Make Payment | 0.50 | 250.00 |
| | HSM | B160 | A103 | Draft/revise Certification in Support of Request for Sanctions | 0.50 | 250.00 |
| | HSM | B210 | A104 | Review/analyze with J. Schanne regarding default hearing | 0.20 | 100.00 |
| | | | | For Current Services Rendered | 5.70 | 2,675.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holly S. Miller | 5.00 | $500.00 | $2,500.00 |
| Michelle N. Friedman | 0.70 | 250.00 | 175.00 |

| | |
|---|---|
| Total Current Work | 2,675.00 |
| Previous Balance | $7,170.00 |
| Balance Due | $9,845.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010  F: 302.425.5814

| | | Invoice Date: | 02/26/2026 |
|---|---|---|---|
| Holly S. Miller Subchapter V Trustee | | | |
| Account No.   860071.001 | | Invoice No. | 54364 |
| RE:  Erie Kash Out Properties, 25-1172 | | Page No. | 3 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B160 | Fee/Employment Applications | 1125.00 | 0.00 |
| B100 | Administration | 1,125.00 | 0.00 |
| B210 | Business Operations | 1550.00 | 0.00 |
| B200 | Operations | 1,550.00 | 0.00 |

Payments received after 02/26/2026 will appear your next invoice.

Please send all payments to Delaware address below including invoice number and/or account number on payment.  Thank You.

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3ʳᴰ FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010  F: 302.425.5814

Date Statement Quarter Totals 02/26/2026

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 5.70 |
| Fees: | 2,675.00 |