**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Erie Kash Out Properties LLC,<br><br>                              *Debtor.* | Case No. 25-11729-amc<br>Chapter 11 |

## Substitution of Attorney

To the Clerk of Court:

Please substitute the appearance of Brad J. Sadek as attorney of record for Debtor Erie Kash Out Properties LLC in this case.

Date: 3/3/2026

_____
Michael I. Assad
Former Attorney

Date: 3/4/26

_____
Brad J. Sadek
Substituted Attorney