IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ERIE KASH OUT PROPERTIES LLC,<br><br>Debtor. | Chapter 11<br><br>Case No: 25-11729-amc |

**ORDER REGARDING DEBTOR'S PAYMENT OF**
**<u>SUBCHAPTER V TRUSTEE FEES</u>**

Upon consideration of the Certificate of Default Regarding Debtor's Payment of Subchapter V Trustee Fees (D.I. 113) and Supplement Thereto (D.I. 117) filed by the Subchapter V Trustee, Holly S. Miller, Esquire (the "Trustee"), and after Notice and Hearing thereon, it is hereby ORDERED:

1. In addition to the outstanding fees owed by the Debtor to the Trustee in the amount of $7,170.00 pursuant to this Court's February 5, 2026 Order Granting Application For Compensation (D.I. 111), sanctions in the amount of $2,675.00 are hereby entered against the Debtor and in favor of the Trustee, for a total of $9,845.00 (the "Total Sum").

2. The Debtor is hereby barred from filing any subsequent bankruptcy case of any chapter unless or until the Total Sum is paid in full to the Trustee.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE