IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| ERIE KASH OUT PROPERTIES LLC, | Case No: 25-11729-amc |
| Debtor. | |

**ORDER REGARDING DEBTOR'S PAYMENT OF
SUBCHAPTER V TRUSTEE FEES**

Upon consideration of the Certificate of Default Regarding Debtor's Payment of Subchapter V Trustee Fees (D.I. 113) and Supplement Thereto (D.I. 117) filed by the Subchapter V Trustee, Holly S. Miller, Esquire (the "Trustee"), and after Notice and Hearing thereon, it is hereby ORDERED:

1. In addition to the outstanding fees owed by the Debtor to the Trustee in the amount of $7,170.00 pursuant to this Court's February 5, 2026 Order Granting Application For Compensation (D.I. 111), sanctions in the amount of $2,675.00 are hereby entered against the Debtor and in favor of the Trustee, for a total of $9,845.00 (the "Total Sum").

2. The Debtor is hereby barred from filing any subsequent bankruptcy case of any chapter unless or until: (a) the Total Sum is paid in full to the Trustee or (b) the Debtor files a motion seeking relief from this Order for good cause and the Court amends this Order.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Date: March 6, 2026